## IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF ALABAMA RECEIVED
### NORTHERN DIVISION

2006 AUG 16  A 11: 41

| | |
|---|---|
| ANDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. |
| | ) 2:06 CV 739 - Strom |
| v. | ) |
| | ) |
| PACTIV CORPORATION and | ) (Removed from the Circuit Court |
| LOUISIANA-PACIFIC CORPORATION, | ) of Covington County, Alabama, |
| | ) formerly Civ. Action No. CV-06-155) |
| Defendants. | ) |

### NOTICE OF FILING OF JOINT NOTICE OF REMOVAL

TO:   W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, Mississippi 39703-0866
(Counsel for Plaintiffs)

TO:   Gregory A. Cade
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, Alabama 35222
(Counsel for Plaintiffs)

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, Defendants Pactiv Corporation and Louisiana-Pacific Corporation in the matter of Anderson, et al. vs. Pactiv Corp. et al., which Plaintiffs originally filed in the Circuit Court of Covington County, Alabama, Civil Action File No. CV-06-155, did on the undersigned date file in the United States District Court for the Middle District of Alabama, Northern Division their joint Notice of Removal of said case to said Court, a copy of said Notice of Removal being attached hereto and served with the present Notice.

– 1 –

LEGAL02/30038080v1

Respectfully submitted this ____ day of August, 2006.

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R

Counsel for Defendant Louisiana-Pacific
Corporation

OF COUNSEL:

RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

ADDITIONAL COUNSEL:

Bernard Taylor
Douglas S. Arnold
Orlyn O. Lockard, III
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

- 2 -

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee 37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

LEGAL02/30038080v1

_John A. Earnhard by DMB_

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhard
Alabama Bar No. EAR006
Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
191 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com


ADDITIONAL COUNSEL:

John C. Berghoff, Jr.
Mark A. TerMolen
Matthew C. Sostrin
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing Notice of Filing by depositing a true and correct copy of same in the United States mail with adequate first-class postage affixed thereon, addressed as follows:

> W. Eason Mitchell
> The Colom Law Firm, LLC
> Post Office Box 866
> Columbus, Mississippi 39703-0866
> (Counsel for Plaintiffs)
>
> Gregory A. Cade
> Environmental Litigation Group
> 3529 Seventh Avenue South
> Birmingham, Alabama 35222
> (Counsel for Plaintiffs)

This _16_ day of August, 2006.

Dennis R. Bailey