IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 16 P 3:52

| | |
|---|---|
| MILDRED W. ANDERSON, *et al.*,          ) | |
| ) | |
| Plaintiffs,          ) | Civil Action No. |
| ) | 2:06CV739 - SRCM |
| v.          ) | |
| ) | |
| PACTIV CORPORATION and          ) | (Removed from the Circuit Court |
| LOUISIANA-PACIFIC CORPORATION,          ) | of Covington County, Alabama, |
| ) | formerly Civ. Action No. CV-06-155) |
| Defendants.          ) | |

**DEFENDANT LOUISIANA-PACIFIC CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Louisiana-Pacific Corporation (Louisiana-Pacific") states that it has no parent corporation and that no publicly-held corporation presently owns 10% or more of Louisiana-Pacific's stock.

Pursuant to this Court's standing Order on Corporate Disclosure Statements (Civil Misc. No. 3047, dated Jan. 14, 2000), Louisiana-Pacific states that it has no parent companies, subsidiaries, or affiliates that have shares issued to the public.

Respectfully submitted this 16th day of August, 2006.

Dennis R. Bailey (4845-I71)
R. Austin Huffaker (3422-F55R)
Attorneys for Defendant
Louisiana-Pacific Corporation

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2006, I filed the foregoing with the Clerk of the Court and the CM/ECF system which will send notice of such filing to the following:

    W. Eason Mitchell

    Gregory A. Cade

    H. Thomas Wells, Jr.

    John A. Earnhardt

/s/ _____
Of counsel

2

LEGAL02/30037884v4