IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILDRED W. ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2:06-CV-00739-LES-CSC |
| ) | |
| v. ) | (Removed from the Circuit Court of Covington County, Alabama, formerly Civ. Action No. CV-06-155) |
| ) | |
| PACTIV CORPORATION and ) | |
| LOUISIANA-PACIFIC CORPORATION ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendants Pactiv Corporation ("Pactiv") and Louisiana-Pacific Corporation ("Louisiana-Pacific") jointly move this Court for an order enlarging the time by which they may answer, plead, move, or otherwise respond to Plaintiff's Complaint through and including September 25, 2006. In support of this motion, Defendants state the following:

1. This case was originally filed in the Circuit Court of Covington County, Alabama, on August 3, 2006: *Anderson v. Pactiv Corp.,* CV-06-155 ("Removed Case"). Prior to responding to Plaintiffs' Complaint in this case, Defendants removed the case to this court on August 16, 2006. Thus, the time in which Defendants must answer, plead, move, or otherwise respond has not expired in the Removed Case.

2.     Counsel for Defendants have conferred with W. Eason Mitchell and Greg Cade, co-counsel of record for Plaintiffs in this case.  Plaintiffs' counsel have authorized Defendants' counsel to represent to this Court that they consent and agree that Defendants may answer, plead, move, or otherwise respond to Plaintiffs' Complaint in the Removed Case through and including September 25, 2006.

WHEREFORE, Defendants respectfully request that this Court enter the accompanying "Consent Order Enlarging Time to Respond to Complaint."


Respectfully submitted this 17th day of August, 2006.

- 3 -

      /s/ H. Thomas Wells, Jr.
H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com


ADDITIONAL COUNSEL:

John C. Berghoff, Jr.
Mark R. Ter Molen
Matthew C. Sostrin
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

      /s/ Dennis R. Bailey
Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel: (334) 206-3100
Fax: (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)


ADDITIONAL COUNSEL:

Bernard S. Taylor
Douglas S. Arnold
Orlyn O. Lockard, III
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee 37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

- 5 -

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MILDRED W. ANDERSON, *et al.*,   ) | |
| ) | |
| ) | |
| Plaintiffs,   ) | Civil Action No. |
| ) | |
| ) | |
| v.   ) | (Removed from the Circuit Court of |
| ) | Covington County, Alabama, formerly |
| ) | Civ. Action No. CV-06-155) |
| PACTIV CORPORATION and   ) | |
| LOUISIANA-PACIFIC CORPORATION   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2006, I filed the foregoing via the CM/ECF system which will send notice of said filing to all counsel of record:

/s/ Orlyn O. Lockard, III

- 5 -

LEGAL02/30052584v1

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| MILDRED W. ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2:06-CV-739-LES-CSC |
| ) | |
| v. ) | (Removed from the Circuit Court of Covington County, Alabama, formerly Civ. Action No. CV-06-155) |
| ) | |
| PACTIV CORPORATION and ) | |
| LOUISIANA-PACIFIC CORPORATION ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER ENLARGING TIME TO RESPOND TO COMPLAINT

With the express consent and agreement of counsel for Plaintiffs, Defendant Pactiv Corporation and Defendant Louisiana-Pacific Corporation; and

It appearing that the period of time within which Defendants may answer, plead, move, or otherwise respond to Plaintiffs' Complaint has not yet expired;

IT IS HEREBY ORDERED, in accordance with Rule 6(b) of the Federal Rules of Civil Procedure, that the time within which Defendants may answer, plead, move, or otherwise respond to Plaintiffs' Complaint be enlarged through and including September 25, 2006.

This ____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT

LEGAL02/30054234v1