# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MILDRED W. ANDERSON, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2:06-CV-739-LES-CSC |
| ) | |
| v. ) | (Removed from the Circuit Court of Covington County, Alabama, formerly Civ. Action No. CV-06-155) |
| ) | |
| PACTIV CORPORATION and ) | |
| LOUISIANA-PACIFIC CORPORATION ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER ENLARGING TIME
## TO RESPOND TO COMPLAINT

With the express consent and agreement of counsel for Plaintiffs, Defendant Pactiv Corporation and Defendant Louisiana-Pacific Corporation; and

It appearing that the period of time within which Defendants may answer, plead, move, or otherwise respond to Plaintiffs' Complaint has not yet expired;

IT IS HEREBY ORDERED, in accordance with Rule 6(b) of the Federal Rules of Civil Procedure, that the time within which Defendants may answer, plead, move, or otherwise respond to Plaintiffs' Complaint be enlarged through and including September 25, 2006.

This ____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT

LEGAL02/30054234v1