## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                   TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Mildred W. Anderson et al v. Pactiv Corporation et al

Case Number:  2:06-cv-00739-LES

Referenced Docket Entry - ***Proposed Order on Motion - Doc. No.6

The referenced docket entry was filed electronically   in ERROR  on ***August 17, 2006***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have been filed as an attachment to doc. No. 5.