IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 AUG 17  P 3: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MILDRED W. ANDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. |
| | ) |
| v. | ) ———— 2:06cv739-LES |
| | ) |
| PACTIV CORPORATION and | ) (Removed from the Circuit Court |
| LOUISIANA-PACIFIC CORPORATION, | ) of Covington County, Alabama, |
| | ) formerly Civ. Action No. CV-06-155) |
| Defendants. | ) |

**DEFENDANT PACTIV CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the rules of the United States District Court for the Middle District of Alabama, and in order to enable the Judges of this Court to evaluate possible disqualification or recusal, Defendant Pactiv Corporation states that it has no publicly traded affiliate, subsidiary or parent corporations.

Respectfully submitted this 16th day of August, 2006.

*/s/ signature*

H. Thomas Wells, Jr. (WEL004)
John A. Earnhardt (EAR006)
Attorneys for Defendant
Pactiv Corporation

Of counsel:
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000 (phone)
(205) 254-1999 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2006, I filed the foregoing with the Clerk of the Court and the CM/ECF system which will send notice of such filing to the following:

W. Eason Mitchell

Gregory A. Cade

Dennis R. Bailey

_____
Of counsel