IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILDRED W. ANDERSON, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06cv739-LES |
| | ) |
| PACTIV CORPORATION, *et al*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Now pending before the court is the defendants' motion for an enlargement of time to respond to the complaint (doc. # 5). The plaintiffs do not object to the motion. Accordingly, upon consideration of the motion and for good cause, it is

ORDERED that the motion for an enlargement of time to respond to the complaint (doc. # 5) be and is hereby GRANTED and the defendants' time for responding to the complaint be and is hereby EXTENDED to September 25, 2006.

Done this 18th day of August, 2006.


                                   /s/Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE