# IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

Mildred W. Anderson, James L.           *
Williams, Michael David Dixon, Eva      *
Pearl Goldsmith, Susan J. McClellan,    *
Willie David McNeil, William Roy        *
Pickron, Lessie Smith, Willie E.        *
Williams, Elois Burke, Helen            *
Hartley, Randall Tuttle, Randall        *
Stewart, Judy Roberson, Richard         *
Bryan Chambers, James Laird, Frank      *
Leddon, Patricia Joyner, Tammy          *
Roberts, Betty Jones, Lykeshia          *
Matthews Anderson, Tonya                *
Anderson, Virginia Smith Beasley,       *
Gail Blue, Rhonda Bryan, Earnestine     *
James, Laura Cassady, Mechele           *
Chatman, Gloria Carson Gill, Bernita    *
Cale Goldsmith, Lois Hernandez,         *    CIVIL ACTION NO.   CV-06-155
Patricia Jones, Trece Jones Mays,       *
Angelia Sue McCoy, Joyce Knowles        *    JURY TRIAL DEMAND
Mitchell, Debra A. Moore, Pamela S.     *
Norman, Tiffany Radford, Kathy          *
Richardson, Paula Thomas, Tracey        *
L. Thompson, Jacqueline Thrash,         *
Lurleen Turner, Sylvia Bryant Tyler,    *
Monica L. Whitaker, Ebony L.            *
Wilkins, Mia Nicole Anthony, Mary       *
C. Jones, Sable Denise Bradley, a       *
minor, by and through his/her mother    *
and next friend, Dianna Bradley,        *
Evelyn Shalista Anthony, Donna          *
Marie Jowers, LaToya Nicole             *    FILED IN OFFICE
Turbyville, Frankie Thrash              *
Thompson, Daphne Vickers, Brenda        *    AUG 03 2006
Weaver, Cindy Baker, Kristy             *
Caraway, Kathy Ansley, Misty            *    _Rod A Prince_
Bedsole, a minor, by and through her    *                    CLERK
father and next friend, Tim Bedsole,    *
Alonzo Bell, Michael L. Berry Jr., a    *
minor, by and through his mother and    *

next friend, Lacrecia Matthews,     *
Jeremy Chad Carter, Jimmy Larry     *
Cassady, Nathan Alexander Cassady,     *
a minor, by and through his mother     *
and next friend, Laura Cassady,     *
Angela Chatman (Radford), Jeremiah     *
A. Chatman, a minor, by and through     *
his mother and next friend, Tara S.     *
Chatman, Nigel D. Chatman, a minor,     *
by and through his mother and next     *
friend, Wanda Faye Chatman-Sledge,     *
Shaniece Chatman, a minor, by and     *
through her father and next friend,     *
Jeffrey Chatman, Meagan D. Gantt,     *
Jakiyah Joshae Griffin, a minor, by     *
and through his mother and next     *
friend, Coretta James, William Albert     *
Hall, Adam Hattaway, Romonda     *
Renea Lee, Dechanta Lynn Stubbs,     *
Karen Renee Lynn, a minor, by and     *
through her father and next friend,     *
Dexter Lynn, Teric DeWarren Lynn,     *
Valtrez C. Lynn, a minor, by and     *
through his father and next friend,     *
Dexter Lynn, Stephanie D. Matthews,     *
Stephon McLaughlin, Levi Austin     *
Nance, a minor, by and through his     *
mother and next friend, April Lee     *
Nance, Lonnie Leroy Norman Jr., a     *
minor, by and through his mother and     *
next friend, Christina Norman,     *
Veronica Robinson Peacock,     *
Archillius Mendrell Perry, a minor, by     *
and through his mother and next     *
friend, Beatrice Harrison, Kavian Fer-     *
rell Perry, Yulishia Shentelle Perry, a     *
minor, by and through her mother and     *
next friend, Beatrice Harrison,     *
Princess Jer-ree Petway, a minor, by     *
and through her mother and next     *
friend, Beatrice Harrison, Maxine     *

**FILED IN OFFICE**

AUG 03 2006

_Ron A Prue_
**CLERK**

Bradley Pitts, Mickey D. Richardson,   *
 Dometric Bertrand Robinson,   *
Ernestine Simmons, Robert Gene   *
Vaughn Sr., Bill Watson, Ebony   *
Wilson, McCandle Wilson (Bass),   *
Kyler Chatman, a minor, by and   *
through his father and next friend,   *
Jeffrey Chatman, Jerry Antonio   *
(Tony) Stone, Gretchen Brooks   *
Adams, Chanealie Barnes, Keisa L.   *
Lynn, Jennifer Rawls, Garon Tommy   *
Hughes, Scotty Lynn, Ja'ida Evelyn   *
Murphy, a minor, by and through her   *
mother and next friend, Khaliah   *
Thrash, Melissa Jayne Worrell, a   *
minor, by and through her mother and   *
next friend, Dixie Worrell, Alicia   *
Wilson, Lacy Edwards, a minor, by   *
and through her mother and next   *
friend, Vickie V. Edwards, Jimmy   *
Suttles, Jaden Cooper Johnson, a   *
minor, by and through his father and   *
next friend, Kenneth Johnson, Joshua   *
Hunter Coon, a minor, by and through   *
his mother and next friend, Twanna   *
Coon, Charles Tatum Jr., Betty   *
Qualls, Jayce Caraway, a minor, by   *
and through his mother and next   *
friend, Kristy Caraway, William   *
Steven Lawrence, a minor, by and   *
through his mother and next friend,   *
Jessica Lawrence, James E. Anthony,   *
 Hattie Appkins, Yz Bess, Willie Jay   *
Brooks, Michael Wayne Chatman,   *
Sherell Cook Dees, Tiffany Miller,   *
Linsey R. Norman, Nicholas R.   *
Norman, Taora Thrash Oates,   *
Timothy Tillman, Vannie Vickers,   *
Mavis Wilkins, Willis Cassady,   *
David Danley, Joseph Daniel Perez, a   *
minor, by and through his/her father   *

**FILED IN OFFICE**

AUG  3 2006

Ray A Pineu
CLERK

and next friend, Joseph Perez, Cheryl    \*
Adams Peacock, Christine Coone    \*
Adams, Derick Brent Adams, Joseph    \*
Daniel Adams, a minor, by and    \*
through his/her father and next friend,    \*
Frank Adams, Brandon Allred, a    \*
minor, by and through his/her mother    \*
and next friend,, Janice Allred,    \*
Brittany Allred, a minor, by and    \*
through his/her mother and next    \*
friend,, Janice Allred, Armand    \*
Anderson, a minor, by and through    \*
his/her mother and next friend,,    \*
Lykeshia Matthews Anderson,    \*
Rudarius JaVaun Anthony, a minor,    \*
by and through his/her father and next    \*
friend,, Rudolph Anthony, Zakiyyah    \*
Ball, Jonathan Tyler Barnes, a minor,    \*
by and through his/her mother and    \*
next friend,, Joann Barnes, Timothy    \*
N. Barnes, Coleman J. Bass, Shawn    \*
S. Bass, a minor, by and through    \*
his/her mother and next friend, Sandra    \*
Bass, Jerrie Bedsole, Tim Bedsole,    \*
Willie Fred Bell, Bert Blair, Eddie L.    \*
Blue, Johnny Boles, Sandra Lee    \*
Bonam, Albert Dewayne Bonam Jr., a    \*
minor, by and through his/her mother    \*
and next friend, Sandra Lee Bonam,    \*
Malik DeJuan Bonam, a minor, by and    \*
through his/her mother and next    \*
friend,, Sandra Lee Bonam, Daniel L.    \*
Bradley, Christin S. Brooks, a minor,    \*
by and through his/her mother and    \*
next friend,, Angela Dukes, Ernie    \*
Brooks, Heather Geohagan Brooks,    \*
Kenneth D. Brooks, Tammy Lenora    \*
Brooks, James E. Bryan, Debra    \*
Bryant, Tuwan Bryant, Ishmael    \*
Buckley, Jonathan L. Carnley, a    \*
minor, by and through his/her mother    \*

**FILED IN OFFICE**

AUG 3 2006

Roy A Powell
CLERK

and next friend, Rachel Cook,       *
Nicholas Carter,, a minor, by and   *
through his/her father and next friend,  *
Jeremy Carter, Kaunda Casey, Lily   *
Jackson, a minor, by and through    *
his/her mother and next friend,,     *
Catherine Jackson, Schon Jackson,   *
Shaquille Jackson, a minor, by and   *
through his/her mother and next    *
friend, Emma G. Jackson, Tiffany .  *
Jackson, Chandra James, Pinkie P.   *
Williams, Roderick Williams, a     *
minor, by and through his/her mother  *
and next friend, Theresa Bradberry,   *
Rodero Williams, a minor, by and   *
through his/her mother and next    *
friend, Theresa Bradberry, Sharonda  *
Toles, James Alan Cassady, a minor,  *
by and through his/her mother and   *
next friend, Elizabeth Cassady, Kevin  *
Eli Cassady, a minor, by and through  *
his/her mother and next friend,, Jenny  *
Cassady, Tommy Chambers, Van    *
Chambers, Colandus Chatman Jr.,   *
Marc Antonio Chatman, Steven    *
Chatman, Ashley Christian, a minor,   *
by and through his/her father and next  *
friend, Everett Lynn Christian,     *
Samuel Lynn Christian, a minor, by   *
and through his/her father and next   *
friend, Everett Lynn Christian,     *
Mercedes Coleman, a minor, by and   *
through his/her mother and next    *
friend, Tiffany Coleman, Rashaad   *
Coleman, a minor, by and through   *
his/her mother and next friend,,     *
Cheybrel Bradberry, Elizabeth J.    *
Cosson, Priscilla S. Cowart, Paul   *
Aubrey Cox, Jayden Jevon Davis, a   *
minor, by and through his/her mother  *
and next friend,, Ashley Greer, Mary  *

FILED IN OFFICE

AUG   3 2006 *17*

*Roy A Pomier*
              CLERK

P. Davis,  Brookelyn S. Donaldson, a          *
minor, by and through his/her mother          *
and next friend, Anna Donaldson,              *
Justin B. Donaldson, a minor, by and          *
through his/her mother and next               *
friend, Anna Donaldson,  John Henry           *
Douglas,  Robert J. Douglas,  Angela          *
N. Dukes,  Carlton Dukes,  Joseph             *
Dukes,  Vicki V. Edwards,  Wesley             *
M. Feagin,  Jessica Idella Frazier,           *
Louis M. Frazier,  Tenisha Quantel            *
Frazier, a minor, by and through              *
his/her mother and next friend, Jessica       *
Frazier,  Keonna Shaonta Gettis, a            *
minor, by and through his/her mother          *
and next friend, Jessica Gettis,  Vance       *
Gettis,  Patricia A. Gilbert,  Bobby C.       *
Gilley,  Cierra Goldsmith,  Eva N.            *
Goldsmith,  Richard Goldsmith,                *
Thelma Goldsmith,  Willie Goldsmith,          *
 Stephanie Green,  Sean Grissett, a           *
minor, by and through his/her mother          *
and next friend,,  Stacie Hudson,             *
Mary L. Hall,  Shiann M. Hall, a              *
minor, by and through his/her mother          *
and next friend,,  Wendy Hall,  Judith        *
Lee Hallford, a minor, by and through         *
his/her mother and next friend,,              *
Cynthia Hallford,  Kellie LeAnn              *
Hallford, a minor, by and through             *
his/her mother and next friend,,              *
Cynthia Hallford,  Jeremy Hanscom,            *
Roy Harrison,  Yvonne Lachelle                *
Hartley,  Anah B. Hattaway, a minor,          *
by and through his/her mother and             *
next friend,,  Amber Hattaway,                *
Catherine Spicer Hattaway,  Joshua            *
Hattaway, a minor, by and through             *
his/her mother and next friend, Paula         *
Hattaway,  William A. Hattaway,               *
Margie Henderson,  Alaric Lamont              *

FILED IN OFFICE

AUG   3 2006  /?

Ray A Ponce
                    CLERK

Hill,  Eddie J. Hill,  Marc A. Holmes,  *
Thomas Richard Howard,  Tracy   *
Huckabaa,  John Dempsey Hudson Jr.,   *
a minor, by and through his/her   *
mother and next friend,, Stacie   *
Hudson,  John Dempsey Hudson,   *
Hunter R. Hughes, a minor, by and   *
through his/her mother and next   *
friend, Debra Hughes,  Willie Mae   *
Hughes,  Keanua Makayla   *
Hutcheson,, a minor, by and through   *
his/her mother and next friend, Juliana   *
Hutcheson (Bryant),  Knshanaha   *
Hutchinson,  Jamie Inabinett,  Catlyn   *
J. Jackson, a minor, by and through   *
his/her mother and next friend,   *
Catherine Jackson,  Christopher Paul   *
Jackson II, a minor, by and through   *
his/her mother and next friend,   *
Catherine Jackson,  Christopher Paul   *
Jackson,  Crystal Jackson,  Echo V.   *
Jackson, a minor, by and through   *
his/her guardian and next friend,   *
Kenneth Jackson,  James Paul   *
Jackson,  Justin Lee Jackson,  Yolanda   *
L. James,  Gilbert Lee Johnson,   *
Evelyn Thompson Jones,  Willie R.   *
Jones,  Keerie Necole Kimbril, a   *
minor, by and through his/her mother   *
and next friend, Kimberly Kimbril,   *
Jonathon William Kyser, a minor, by   *
and through his/her guardian and next   *
friend, Lois Hernandez,  Wiley L.   *
Lowery,  Dexter Lynn Jr.,  Santanna   *
D. Lynn,  Juanita Marshall,  Evelyn   *
Christina Mason,  Destiny Michelle   *
Mason, a minor, by and through   *
his/her mother and next friend,,   *
Evelyn Christina Mason,  Craig D.   *
Matthews,  Fredrick Matthews,   *
LaTara F. Matthews,  Jimmy L.   *

FILED IN OFFICE

AUG  3 2006

Reginald A. Pinner
CLERK

McCoy,  Jacqueline McKinney,  Billy        *
J Miller,  Terry Miller,  Willie C.        *
Milton,  Janice Moore,  Donnie             *
Wilson Morris,  John F. Morris,  April      *
Lee Nance,  Lonnie Leroy Norman            *
Sr.,  Chester Ray Norris,  Gary D.         *
Oates,  Ashly Odom, a minor, by and        *
through his/her mother and next            *
friend,,  Deborah Odom,  Arthur            *
Gregory Olmstead,  James Orndorff,         *
Aisha Patrick,  Glenn Edward               *
Peacock,  Charles E. Perry,  Nathan L.     *
Perry,  Cleonia Lynn Pittman,  Julian       *
Roosevelt Pittman,  Reginald Maurice       *
Pittman,  Barbara Porter Russell,  Aria    *
J. Price, a minor, by and through          *
his/her mother and next friend,,          *
Subrina Price,  Cortlin C. Price, a        *
minor, by and through his/her mother       *
and next friend,,  Subrina Price,          *
Howard Cornelius Price,  Ka'Trina          *
Price, a minor, by and through his/her     *
mother and next friend,,  Jessica          *
Gettis,  Kavon Price, a minor, by and      *
through his/her mother and next            *
friend,,  Jessica Gettis,  Shawn Price,    *
Johnny Reed,  Linda Richardson,            *
David E. Robertson,  Zaniya Keilani        *
Robinson, a minor, by and through          *
his/her guardian and next friend,         *
Fannie Robinson,  Margaret Porter          *
Rodgers,  Valerie Russell,  Savion         *
Salter, a minor, by and through his/her    *
mother and next friend,,  Sandra          *
Barnes,  Ezekiel Amari Sheridan, a         *
minor, by and through his/her             *
grandmother and next friend, Queen         *
Feagin,  Zandia M. Simon, a minor,         *
by and through his/her mother and          *
next friend,,  Ebony Wilkins,             *
Corderus Smiley, a minor, by and           *

FILED IN OFFICE

AUG  3 2006

Roy A Prince
CLERK

through his/her mother and next     *
friend, Queen Feagin, David Allen     *
Smith, Linda Stone, Betty Jean     *
Taylor, a minor, by and through     *
his/her mother and next friend,     *
Tammy Taylor, Hilary P. Thames, a     *
minor, by and through his/her mother     *
and next friend, Angela Dukes,     *
Andrea Thomas, Asheley N. Thomas,     *
a minor, by and through his/her     *
mother and next friend, Elizabeth     *
Casady, Chreedell Thomas, Dolly     *
Thomas, LaKeria Thomas, a minor,     *
by and through his/her mother and     *
next friend, Ebony Wilkins, Kanessa     *
M. Thompson, Lillie Mae Thompson,     *
Cassandra Thrash, a minor, by and     *
through his/her mother and next     *
friend, Claudine Thrash, Rusty     *
Townsend, Rhonda Oates Tucker,     *
Derrick Dewayne Vaughn, a minor,     *
by and through his/her mother and     *
next friend,, Sharon Vaughn, Mary L.     *
Vickers, Okoye A. Vickers, a minor,     *
by and through his/her mother and     *
next friend, Daphne Wilson, Willie C.     *
Vickers, Zouchrain O. Vickers, a     *
minor, by and through his/her mother     *
and next friend, Daphne Wilson,     *
Irene Walker, Stanley Wallace,     *
Linda D. Walls, Hayward James     *
Walters, Glenda D. Ward, William     *
(Mike) Ward, Johnnie Washington,     *
Dewayne E. Williams, Francine     *
Williams, George Brian Williams, a     *
minor, by and through his/her mother     *
and next friend, Renee Williams,     *
Daphne Wilson, Gwendolyn Bass     *
Wilson, LaToya Danielle Wilson,     *
Bryan Caswell Withey, Wesley C.     *
Wright,, a minor, by and through     *

FILED IN OFFICE

AUG 3 2006

Ray A Powell
CLERK

his/her grandmother and next friend,      *
Earnestine Holmes,  Wilson                 *
Yelverton,  Calvin Doyle York,  Isaiah    *
S. Chatman, a minor, by and through        *
his/her father and next friend,,  March    *
Antonio Chatman,  Mary Joyce               *
Patterson,  Anthony D. Barnes,             *
Hardred Barnes III,  James Rusty           *
Burke,  Michael Z. Cotton, a minor,        *
by and through his/her mother and          *
next friend,,  Joanna Cotton,  Courtne'    *
Jenay Dixon, a minor, by and through       *
his/her mother and next friend,,           *
Cicely Hall,  Stephanie Slaughter,         *
Katelin M. Cassady, a minor, by and        *
through his/her mother and next            *
friend,  Wendy Windham,  Katie             *
Carroll, a minor, by and through           *
his/her guardian and next friend, Betty    *
Jean Jackson,  Shannon Carroll, a          *
minor, by and through his/her              *
guardian and next friend, Betty Jean       *
Jackson,  Ervin K. Flowers,  Mary          *
Jane Flowers,  David A. Morris, a          *
minor, by and through his/her mother       *
and next friend, Stephanie Slaughter,      *
Jesse Ray Carpenter,  Hope I.              *
Slaughter, a minor, by and through         *
his/her mother and next friend,,           *
Stephanie Slaughter,  Eva Tatum,           *
Louis Olmstead, a minor, by and            *
through his/her mother and next            *
friend,,  Natasha Olmstead,  Verge         *
Leon Chames,  Deandre Parsons, a           *
minor, by and through his/her mother       *
and next friend,,  Gwenever Jewel          *
Peacock,  Tony Womack, a minor, by         *
and through his/her mother and next        *
friend, Pamela Goldsmith,  Michael         *
Womack,  Jarvontay J. Thomas,, a           *
minor, by and through his/her mother       *

**FILED IN OFFICE**

AUG  3 2006

_Roy A. Power_
CLERK

and next friend, Lureen Turner,                          *
Andreka Thrash, a minor, by and                          *
through his/her mother and next                          *
friend, Claudine Thrash,  Kayla                          *
Goldsmith, a minor, by and through                       *
his/her mother and next friend, Diana                    *
Goldsmith,  Houston A. Goldsmith, a                      *
minor, by and through his/her mother                     *
and next friend, Diana Goldsmith,                        *
Lillie V. Jordan,  Tonjya M. Johns,                      *
Vincent M. Wilson,  Shannon Don                          *
Spychalski,  Prinscilla Sherelette                       *
Anthony, a minor, by and through                         *
his/her mother and next friend,                          *
Prinscilla Anthony Chatman,  Nathan                      *
Tyler Hobbs, a minor, by and through                     *
his/her father and next friend,                          *
Kenneth Hobbs,  Stephen Kyle                             *
Corbin, a minor, by and through                          *
his/her mother and next friend,                          *
Martha Corbin,  Terry Richardson,                        *
Marie Harrison Stokes,  Jerry Stokes,                    *
Zachery Ryan Hamilton, a minor, by                       *
and through his/her mother and next                      *
friend, Maxine Spicer,  Houston Gene                     *
Biddle, a minor, by and through                          *
his/her mother and next friend, Susan                    *
Biddle,  Hannah Goodwin, a minor,                        *
by and through his/her mother and                        *
next friend,, Melissa Goodwin,  Dora                     *
Dirga,  Kathy Dennis,  Ivan N.                           *
Pickron,  Jeremy Kyser,  Danny D.                        *
Franklin,  Pamela Broder,  Joann                         *
Haney Baxley,  Anita Wilkinson,                          *
Fred Weaver,  Mark Weaver,  Christa                      *
Lafta, a minor, by and through his/her                   *
mother and next friend, Brenda                           *
Weaver,  Kimberly Lafta, a minor, by                     *
and through his/her mother and next                      *
friend, Brenda Weaver,  Nicho Lafta,                     *
a minor, by and through his/her                          *

FILED IN OFFICE

AUG  3 2006

Ray A Pomeee
CLERK

mother and next friend, Brenda *
Weaver, Breonna Lafta, a minor, by *
and through his/her mother and next *
friend, Brenda Weaver, Bonnie *
Jackson, Keyvon Bardo Chambers, a *
minor, by and through his/her father *
and next friend, Ken Chambers, *
Linda Qualls, Clara Jordan, Willie *
Thelma Adams, Alice Mae Allen, *
Phyllis T. Barnes, Buffi Barrineau- *
Lowry, Mary Frances Jenkins Bass, *
Richard Bradberry, Annie Ruth *
Brooks, Timothy W. Brooks, *
Ethelrine Bryant, Shirley Crittenden *
Campbell, Pauline Carr, Eddie Ray *
Cassady, Jeffery Chatman, Maggie *
Davis, Ronnie C. Davis Jr., Tayaka *
Davis, a minor, by and through his/her *
mother and next friend, Shannon *
Davis, Lillie Bell Edwards, Thomas *
L. Faulk, Mattie M. Frazier, Jessica *
Justine Gettis, Oliver Goodwin, *
Jimmy Gray, James Monroe Hadley, *
Wendy Farrah Hall, Sammy Lee *
Hallford, Thomas Hallford, Nealie *
Hooks, Jerry Hunter, Eleanor *
Inabinett, Walter Inabinett, Emma G. *
Jackson, Thomas J. Maddox, Albert *
Marshall Jr., Edward E. Martin, John *
A. Matthews, Ann Linette *
McClelland, Carrie Lynn (Evans) *
Miller, Stacy Mulkey, Will *
Norsworthy, Ava Barber Norsworthy, *
 Tonya Odom, Evelyn Peacock, *
James Lemont Peacock, Saddie Mae *
Peacock, Archie C. Reaves, Joann *
Reeves, Jewel L. Robbins, John I. *
Roberts, Michael D. Roof, Carrine *
Skanes, Willie Thompson, Angelene *
Varner, Sharon Sue Vaughn, Mable *
L. Vickers, Clarence Wallace, *

**FILED IN OFFICE**

AUG  3 2006

Roy A Powell
CLERK

George R. Williams, Willie Earl          *
Williams Jr., Roger Lee Worrell,         *
Albert Bradley, Tara Sunshine            *
Hadley, Sharon Sue Hayes, Shelly         *
Pryor, Betty Jean Jackson, Mary L.       *
Rogers, Ciera Hughes, a minor, by        *
and through his/her mother and next      *
friend, Esther Hughes, Ashton            *
Xander Fleming, a minor, by and          *
through his/her mother and next          *
friend, Kathy Richardson, Heather        *
Renee Sexton, a minor, by and            *
through his/her mother and next          *
friend, Martha Corbin, Richard           *
Edward Westenberger, James               *
Simmons, Linda Faye Williford,           *
Bettye Pickron, Michael A.               *
Hutchinson, Donna Morgan, Jessica        *
Lawrence, Emma Armstrong,                *
Christopher Bramlet, a minor, by and     *
through his mother and next friend,      *
Carolyn Jackson, Brittney A. Carson,     *
Michael A. Carson, a minor, by and       *
through his mother and next friend,      *
Linda Carson, Christopher Caley          *
Cassady, Kimberly Christian, a           *
minor, by and through her father and     *
next friend, Everette Lynn Christian,    *
Simon P. Corbin, Shannon Davis,          *
Beverly DeVaughn, Glenene L.             *
Edmondson, Leroy Geohagan,               *
Pamela Goldsmith Womack, Cicely          *
Dixon Hall, Amber Hattaway, Jenell       *
Robinson Hill, Johnny Foy Johnson,       *
Roy Lee Johnson, Daphne L. Jordan,       *
Mildred Kendrick, Yvonna                 *
Kilpatrick, Anna Hartley King,           *
Camren D. Marshall, a minor, by and      *
through his mother and next friend,      *
Wendy C. Marshall, Jerry Allen           *
Martin, Craig Murphy, a minor, by        *

and through his mother and next     *
friend, Shandrina Murphy, Quinton     *
Orndorff, Herman Owens, David     *
Porter, Corey L. Robinson, Winston     *
E. Rowe, Inez M. Simmons,     *
Desmond Smiley, a minor, by and     *
through his mother and next friend,     *
Shandrina Murphy, Margie N. Taylor,     *
Lou Ella Thompson, Yusef A.     *
Thrash, Michael Vernon Todd, Mary     *
Lou Porter Turner, Jessica Watson,     *
Christopher Dale Williams, a minor,     *
by and through his mother and next     *
friend, Renee J. Williams, Courtney     *
Wilson, Jimmy D. Wise, Janice     *
Allred, Shirley Garvin, Edna N.     *
Harrison, Bobby Lynn, Gerald     *
Reeves, Roy Ezell, Deonte J. Wright,     *
a minor, by and through his father and     *
next friend, Lacy Evan Wright,     *
Jeremy Jason Jones, Emily A.     *
Cassady, a minor, by and through her     *
mother and next friend, Wendy A.     *
Windham, Paula Lois Cude, Summer     *
Shayenne Henderson, a minor, by and     *
through her mother and next friend,     *
Evelyn Christina Mason, Jovontae     *
Griffin, a minor, by and through his     *
mother and next friend, Pamela     *
Goldsmith, Xavier Cordell Fleming, a     *
minor, by and through his mother and     *
next friend, Kathy Richardson, Becki     *
Lee Adams, a minor, by and through     *
her mother and next friend, Phyllis     *
Adams, Wiliam T. Creech, Tammy     *
Creech, Johnny Armstrong, Michael     *
J. Ordes Jr., Paul Eugene Davis,     *
Craig Morgan, Randy Lewis Adams,     *
Bernard Anthony Sr., Horace     *
Armstrong, Gary Barnes, Mae Grace     *
Barnes, Sharon K. Barnes, Benjamin     *

J. Barrett, Ramona Barrett, William          *
Steve Barton, Scotty Beck, Leo M.            *
Bedsole, Bobby Jean Bess, Ronnie J.          *
Bettis, Eugene Houston Biddle,               *
Willie A. Bradberry, James E.                *
Brooks, Margaret J. Brooks, Edith            *
Brown, Annie Burlison, John                  *
Caldwell, Tierre Lamar Carson,               *
Charles E. James, Johnny N. James,           *
Lauretta Williams, Kevin Duane               *
Cassady, Glen Chambers, Bobby B.             *
Coleman, Bobbie Jean Cook,                   *
Dorothy J. Cooper, Betty Ann                 *
Daniels, James Walter Davis,                 *
LaVennia Davis, Shanda Davis-                *
Goldsmith, Mary Dunbar Diggs,                *
Verdie P. Dorsey, Terry Glenn                *
Franklin, Detrick Oneal Frazier,             *
Tommy Fuller, Robert E. Goldsmith,           *
 Willie C. Handy, Dennis Wayne               *
Harrison, Michael T. Harrison,               *
Bobby Joe Hemphill, Margaret                 *
Henderson, Joe Hernandez, Holland            *
R. Hughes, Carolyn Jackson, Clara            *
Jackson, John E. Jones, John Henry           *
Jones Jr., Rosa M. Jones (Perkins),          *
Michael D. King, Mae Lee, Dick               *
Patrick Lee, Palmer Clint Lewis,             *
Sheary Lowery, Emmitt Matthews,              *
Everett Matthews, Robert McCall,             *
Mary C. McCarey, Jacquelynn                  *
Peacock McGee, Larry L. Miller,              *
William Miller, James D. Morrow,             *
Shandrina Murphy, Mary Orndorff,             *
Milton Parker, Rickey Thomas                 *
Phillips, Roosevelt Pittman, Estelle         *
Porter, Lorenza Price, Annie Bell            *
Reed, Delores Robbins, Albert Slater         *
Jr., Alene Slover, James Mack                *
Smith, Junior Smith, Michael E.              *
Spicer, Hubert Stephens, Donald              *

Chad Stewart, Jeffery Dave Stone,          *
Peggy Cassady Tatum, Earnest Oscar         *
Taylor, Donald Thompson, Amos L.           *
Thrash, Claudine Thrash, Daniel            *
Thrash, David Lewis Thrash, Jeffery        *
Thrash, Mary Nell Thrash, Stephon          *
Letray Thrash, a minor, by and             *
through his mother and next friend,        *
Jessica Frazier, Mack Waing Vickers,       *
 Johnny Ray Wallace, Joann Carr            *
Walters, Mattye Bell Walters, Lottie       *
Wheeler, Charles R. Wibbing, Allie         *
Mae Williams, Bertha Williams,             *
Cedric Alphonso Williams, Estellieta       *
Williams, Willie Earl Williams Sr.,        *
Marvin Duane Williford Jr., Sandy          *
Williford, Robert Womack, James A.         *
Thrash, Barry Lynn Carter, Pamela          *
D. Hutcheson, Lonnie Garvin, David         *
Windham, Alfred Jerome Whitaker            *
Jr., Aldean Brooks, Michael R.             *
Barlow, Alice Adams, Donald W.             *
Adams, Frank L. Adams, Edward              *
Armstrong, Joann Barnes, Vaughn L.         *
Barnes, Sandra J. Bass, Richard            *
Blue, Bryan Anthony Bradberry,             *
Norma Bradberry, Lavon Bradley,            *
Myrtle F. Bradley, Roy C. Bramlet,         *
Ralph Brooks, Willard Cawthon,             *
Otis Dorsey, Jan Edmondson, Dianne         *
Franklin Craig, James Frazier, E.B.        *
Gautney, Martha Neal Gibson, Joel          *
Gomillion, Randall W. Hall, Jo Ann         *
Hobbs, Steve Hataway, James A              *
Ingalls, Annie D. (Frazier) Jones,         *
Coleman Douglas Jones, Ruby Nell           *
Knight, Adelle N Lee, Jenny R.             *
Lynn, Robert Lynn, Gracie M.               *
Maddox, Marlon J. Matthews,                *
Melvin D. Matthews, Rasquez L.             *
Matthews, Earnest Lee McCraney,            *

Ivory J. Murphy,  Jacky Partridge,  *
Helen J. Pickron,  Timmy Allen  *
Ramey,  Manuel Robbins,  Immergean  *
Rodgers,  Sharon Robinson Stewart,  *
Sandra Stokes,  DiaLinda Thomas,  *
Wayne Thomas,  Freddie L. Toles,  *
Debra Matthews Tyler,  Bobby Tyson,  *
 Lue C. Whitaker,  Sonya Williams,  *
Regina Willis,  Michael G. Wise,  *
Mattie Caphart,  Willa Dean Head,  *
Donald Mack Jones,  Jonathan Joseph  *
Jones,  Joan H. Corbin,  Callie Gail  *
Johnson,  Robert L. Thomas,  W. C.  *
Lynn,  Tabitha A. Marion,  Michael  *
Jerome Jowers,  Susie Edwards  *
Gilliam,  Pansy Jean Wilson,  Jane  *
Devaughn,  Minnie Pearl Smith,  Scott  *
Thomas,  Carolyn D. Barrett,  Cindy  *
Barrineau,  Dustin Beverly,  Madonna  *
Bradley,  Sonia Devaughn Brown,  *
Martha Faye Bryant,  Hural Buckley,  *
Willie Calloway,  Chelsea Shanear  *
James, a minor, by and through her  *
mother and next friend, Maquita  *
James,  Kenneth R. Williams,  Charles  *
Lance Chambers,  Jerry E. Coone,  *
Jessie A. Danley,  John H. Edwards,  *
Kristen Flowers,  Vickie Gilley,  Rita  *
Faye Goodwin,  Eleanor Griggs,  *
David Hutcheson,  Junior Ashford  *
King,  Gerald DeWayne Lynn,  *
Ronnie Lynn,  Dexter Lynn Sr.,  *
Donald Sylvestor Matthews,  Etta T.  *
Matthews,  Jeanette Matthews,  Alton  *
L. McKinney,  Kenneth Norman,  *
Vernon Norris,  Deborah Odom,  Lena  *
Odom,  Annie Laura Holmes,  Dale  *
Marie Parker,  Eva Parker,  Angela  *
Marie Radford, a minor, by and  *
through her mother and next friend,  *
Angela Chatman,  Jerry Cleveland  *

Reese,  Timothy J. Richardson, a          *
minor, by and through his mother and       *
next friend, Linda Richardson,  Renee      *
Robbins,  Aaron Robinson Jr.,  Jeremy      *
A. Slaughter,  Michael Stewart,            *
Mason Skylar Strickland, a minor, by       *
and through his/her mother and next        *
friend, Laura Strickland,,  Khaliah        *
Thrash Murphy,  Michael A. Turner,         *
Anthony A. Wilkins,  Dennis L.             *
Worrell,  Lacy Evan Wright,  David         *
Bradley,  Preston Ray Caldwell,            *
Sherry F. Cook,  Gloria Peacock            *
DeVaughn,  Christian Kyle Hadley, a        *
minor, by and through his mother and       *
next friend, Tara S. Hadley,  Laken        *
Page Hadley, a minor, by and through       *
his/her mother and next friend, Tara S.    *
Hadley,  Connie R. Bryan,  Savannah        *
E. Cassady, a minor, by and through        *
her mother and next friend, Wendy A.       *
Windham,  Kenneth A. Thompson,             *
Chris Costopoulos,  Annie Marie            *
Jackson,  William Robert Kyser,  Bert      *
D. Radford Jr., a minor, by and            *
through his mother and next friend,        *
Angela Chatman,  Hank Tatum,  Sal          *
Marco Lynn,  Chelsea Cheyenne              *
Martin, a minor, by and through her        *
mother and next friend, Joyce Johnson      *
Martin,  Tabitha Jane Withey-Yates,        *
Sara Jackson,  Joseph Skanes Jr.,          *
Merry Sue J. Withey,  Summer               *
Ansley,  Brandon Dewayne Adams,            *
Raymond Adams,  Rudolph Anthony,           *
 Carmon Avan,  Jorian Avan,                *
Kenneth Avan,  John Baldwin,               *
Timothy Baldwin,  Johnny L. Ball,          *
Farrel E. Barrow,  Katrina Bass,           *
Robert Jerald Blackburn,  Cecil Ray        *
Blue,  Robert L. Blue,  Bobby C.           *

Bradberry, Donnell Bradberry,          *
Theresa Bradberry, Sam Bradberry       *
Jr., Coranetta Horne Bradley, David    *
Bradley, Otis J. Bradley, a minor, by  *
and through his mother and next        *
friend, Coranetta Bradley, RaSean      *
Bradley, a minor, by and through his   *
mother and next friend, Coranetta      *
Bradley, Janice Bramlet, Charles       *
Brooks, Essie M. Brooks, Jason         *
Brooks, Patricia Brooks, Raymond       *
Brooks, Tomika Shontese Brooks,        *
Willie Ray Brooks, Ronald W.           *
Brown, Lorena F. Bryant, Monica        *
Bryant, Ray A Bryant, Connie S.        *
Buckley, Gregory R. Caldwell,          *
Jackie Caldwell, Mistilin Caldwell,    *
Kenneth Mac Campbell, Randall          *
Carlisle, Carla Denise Carson, Linda   *
G. Carson, Ronda L. Carson, Sonya      *
Carson, Sierra C. Carter, Marjorie K.  *
Jackson, Mary A. Williams, Timmy       *
Ray Cawthon, James Keith               *
Chambers, Ken B. Chambers, Patsy       *
L. Comalander, Kendall Scott Cook,     *
Marvin D. Cooper, Lucidena Cowan,      *
 Donnie Ray Cutts, Don Daniel,         *
Hank O. Davis, John D. Davis, Frank    *
F. Devaughn, Otis Dixon, Thomas        *
Earl Douglas, Gregory D.               *
Edmondson, John Eliard, A.C. Elliot,   *
 Elmer Elliott, Robert Feagins,        *
Douglas David Findley, Guthrie         *
Pridgeon Finlay, Joshua S. Fleming,    *
Murunda Florence, Franklin D.          *
Flowers, Eddie Foreman, Annasia        *
Frazier, Toteana Shambrel Frazier, a   *
minor, by and through her mother and   *
next friend, Jessica Frazier, Brandi   *
Nichole Frost, Kenna Frost, Daniel     *
Gantt III, Cleveland Gettis, William   *

Gillard, Wilbert Gillbert, Lindsey      *
Gilley, Mary Goff, Annie Goldsmith,     *
 Brooks Goldsmith, Donald               *
Goldsmith, Willie David Goldsmith,      *
Gregory Wright, Roy E. Hall,            *
William G. Hamilton, Car Harris, Ida    *
Mae Harris, Leslie D. Harrison,         *
Linda Harrison, Paul E. Hartley,        *
Ruby Heisler, Charlie Avery Hill,       *
Kenneth G. Hobbs, Olivia Hobbs, a       *
minor, by and through her mother and    *
next friend, Connie Buckley, Angela     *
Holley, Stacie Lynn Hudson, Juliana     *
Marie Hutcheson, Douglas                *
Hutchinson, Eddie Isgro, Patricia       *
Isgro, Helen A. Jackson, Jonathan       *
Wesley James, Frances Johnson,          *
Francis M. Johnson, Cody Jones, a       *
minor, by and through his mother and    *
next friend, Holley Jones, Dewayne      *
Jones, Holley Jones, Nicholas Jones,    *
a minor, by and through his mother      *
and next friend, Holley Jones,          *
Raymond Alto Jones, Eloise Judson,      *
Johnny Knight Jr., Paul Jay Kyser,      *
Eddie Lang, Buford Lee, Labaron         *
Lee, Percy James Lett, Tony Lewis,      *
Joe Lewis Jr., Candress Lockeharte,     *
Judy J. Logan, Gregory Lynn, Willie     *
George Lynn Jr., Benjamin Mack,         *
Bruce Evan Maddox, Caleb Dakota         *
Maddox, a minor, by and through his     *
father and next friend, Bruce Maddox,   *
 Jennifer R. Maddox, Lori L.            *
Maddox, Clifford D. Matthews,           *
Johnny Matthews, Mary Matthews,         *
Theresa A. Matthews, Tristan            *
Matthews, Tyrone Maurice                *
Matthews, Melody Mayes, Ealie S.        *
McClain, Lessie McClain, Alice          *
McCollough, Susie M. McGugin,           *

Alyssa Miller,  Arthur L. Miller,          *
Susan Miller,  Teresa Miller, Betty        *
Kembro Mitchell,  Alesia R. Moore,         *
Dominique M. Moore,  EvyMic L.             *
Moore,  Michael Moore,  Corbin L.          *
Murphy,  Ida Murphy,  James A.             *
Murphy,  Emily Paige Nance,                *
Michael D. Nance,  E. Louise Nazario,      *
 Neal Oates,  Steven L. Oates,             *
Amanda Odom,  Betty Gail Odom,             *
Maggie Odom,  Mitchell Odom,               *
Rebecca Odom,  Kelvin James                *
Owens,  Queen E. Owens, John Leroy         *
Henderson,  Warren Owens,  Harold          *
Parker,  Joshua O. Parker,  Kelley         *
Parker,  Prince N. Parker,  Shawana J.     *
Parker,  Robert Parker Jr.,  Nina          *
Parks,  Annie Pate,  Elijah Patrick,       *
Eloise Patrick,  Steven T. Perry,          *
Marcus E. Phillips,  Tony Ray              *
Pickron,  Antonio DeWayne Perdue           *
Jr.,  M. Doyle Prescott,  Carroll          *
Eugene Pryor,  Veronica T. Purdie,         *
Christian Radford,  Clarence Ratliff,      *
Georgeann Redmon,  Rudolph                 *
Redmon,  Ellie Reeves,  Greg Reeves,       *
 Alan H. Robbins,  Jarvis Roberts,         *
Shannon Ray Roberts,  Diamond              *
Robinson,  Jonathan David Robinson,        *
a minor, by and through his mother         *
and next friend, Geraldine Wheeler,        *
Patrick Dewayne Robinson,  Felicia         *
Hartley Russell,  Mary Lee Sankey,         *
Beulah Shaw,  Patricia Shaw,               *
Clarence Edward Slater,  Reginald          *
Floyd Slaughter,  James E. Small,          *
Minnie Small,  Arthur Smiley Jr.,          *
Densthia Smiley,  Michelle Smiley,         *
Annie Smith,  Carolyn Hutchinson           *
Smith,  Cherice Lanette Smith,  Lewis      *
Edward Snow,  Timothy Lewis Snow,          *

Daniel Christopher Steele, Melinda          *
Strickland, William Tanner, Philip          *
Harold Thomas, Unadia Thomas,               *
Linda Thompson, Lorene Thompson,            *
Holden Thornhill, Leighton B.               *
Thornhill, Cornelia Thrash, David           *
Leon Thrash, Joshua Thrash, Markell         *
L. Thrash, Michael E. Thrash,               *
Stephoni Letravia Thrash, a minor, by       *
and through her mother and next             *
friend, Jessica Frazier, Tysean             *
Temario Thrash, a minor, by and             *
through his mother and next friend,         *
Jessica Frazier, Yuvanda Thrash,            *
Larry Bruce Toles, Wonderful Toles          *
Jr., Benny L. Turner, Emmitt M.             *
Tyler Jr., Ethan Matthews Tyler,            *
Leon A. Vann, Wayne B. Vann,                *
Kevin Patrick Walker, Theresa Ann          *
Walker, William Scott Walker,               *
William Arthur Walker, Terrence             *
Walters, Tracey Wang, Joyce                 *
Washington, John D. Weeks, Arthur           *
J. Wheeler, Geraldine Wheeler,              *
Alford Whitaker Sr., Angelia                *
Williams, Cicely F. Williams,               *
Cleveland Williams, Earnest Leo             *
Williams, Edwin B. Williams, Edwin          *
Chamberlin Williams, Kimley                 *
Williford, Thomas Williford,                *
Kimberly Owens Wilson, Mary N.              *
Wilson, Betty Wright, Raymond               *
Yates, Wade L. Yates, Calvin                *
Maxwell York, Donna LaKeisha                *
Holmes, Willie G. Lynn, Arnold              *
Keith Pryor, Keadra T. Avan,                *
Michael Earl Barnes, Debbie Jo              *
Franklin, Eugene Herbert Jr., Kim           *
Madden, Janice Madden, Trina                *
Jordan, Romanuel Gundrum Jr.,               *
Jeffrey Pryor, Kayla S. Adams,              *

Cynthia Hughes, Tommy D. Hughes,  *
Donnie Ray Matthews, Michael Ball,  *
Tuyen T. Morris, a minor, by and  *
through his mother and next friend,  *
Stephanie Slaughter, Breanna D.  *
Morris, a minor, by and through her  *
mother and next friend, Stephanie  *
Slaughter, Louise Cassady, John E.  *
Porter, Josephine Y. Hutchinson,  *
Velma Lee Vallandingham, Sylvia  *
Elaine Vallandingham, Paul Hartley  *
Jr., Melissa Windham, Tony R.  *
Hughes, Robert Womack III, Deldric  *
T. Matthews, Eric D. Jones, Charles  *
(Mike) Read, Ayesha Lynn, Ruth  *
Creech, Jessica Bryan, a minor, by  *
and through her mother and next  *
friend, Connie Bryan, Carlton Palmer,  *
Kenneth Harrison, Kenneth L.  *
Johnson, Justin Maddox, Domonique  *
Nelson, Joshua Boles, a minor, by  *
and through his guardian and next  *
friend, Kenneth Boles, Pamela Jolene  *
Broder, Dallas O. Haney, et al.,  *

**Plaintiffs,**  *
                                   *
**vs.**                            *
                                   *
**PACTIV CORPORATION and**         *
**LOUISIANA-PACIFIC**              *
**CORPORATION,**                   *
                                   *
**Defendants**                     *

# COMPLAINT

## JURISDICTION AND VENUE

1.      Plaintiffs are citizens of the State of Alabama.  Venue in this action is proper in Covington County, Alabama because the wrongful acts that caused the Plaintiffs' injuries and damages occurred in Covington County, Alabama, and because the Plaintiffs were injured in Covington County, Alabama.

## DEFENDANTS

2.      PACTIV Corporation does business by agent in the State of Alabama and may be served through their registered agent for service of process, The Corporation Company, 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109. Louisiana-Pacific Corporation does business by agent in the State of Alabama and may be served by service on their registered agent for service of process, United States Corporation Company, 150 South Perry Street, Montgomery, Alabama 36104.

## PLAINTIFFS

### CANCER GROUP

3.      The Plaintiffs listed below are all persons, who have suffered cancer, leukemia and related diseases, which were proximately caused by exposure to hazardous substances, which were released into the environment by Defendants to this action. The above named Plaintiffs also claim damages resulting from other disorders, defects and diseases caused or related to exposure to the toxic chemicals described hereinafter in this Complaint. The Plaintiffs in this group are:

Mildred W. Anderson                    James L. Williams

| | |
|---|---|
| Michael David Dixon | Randall Tuttle |
| Eva Pearl Goldsmith | Randall Stewart |
| Susan J. McClellan | Judy Roberson |
| Willie David McNeil | Richard Bryan Chambers |
| William Roy Pickron | James Laird |
| Lessie Smith | Frank Leddon |
| Willie E. Williams | Patricia Joyner |
| Elois Burke | Tammy Roberts |
| Helen Hartley | Betty Jones |

## FEMALE REPRODUCTIVE ORGAN GROUP

4.     The Plaintiffs listed below are all persons who have suffered female reproductive disorders, miscarriages, still births or cancer related diseases which were proximately caused by exposure to hazardous substances which were released into the environment by Defendants to this action.  The above named Plaintiffs also claim damages resulting from other disorders, defects and diseases caused or related to exposure to the toxic chemicals described hereinafter in this Complaint.  The Plaintiffs in this group are:

| | |
|---|---|
| Lykeshia Matthews Anderson | Debra A. Moore |
| Tonya Anderson | Pamela S. Norman |
| Virginia Smith Beasley | Tiffany Radford |
| Gail Blue | Kathy Richardson |
| Rhonda Bryan | Paula Thomas |
| Earnestine James | Tracey L. Thompson |
| Laura Cassady | Jacqueline Thrash |
| Mechele Chatman | Lurleen Turner |
| Gloria Carson Gill | Sylvia Bryant Tyler |
| Bernita Cale Goldsmith | Monica L. Whitaker |
| Lois Hernandez | Ebony L. Wilkins |
| Patricia Jones | Mia Nicole Anthony |
| Trece Jones Mays | Mary C. Jones |
| Angelia Sue McCoy | Sable Denise Bradley, a minor, by |
| Joyce Knowles Mitchell | and through his/her mother and next |

friend, Dianna Bradley
Evelyn Shalista Anthony
Donna Marie Jowers
LaToya Nicole Turbyville
Frankie Thrash Thompson

Daphne Vickers
Brenda Weaver
Cindy Baker
Kristy Caraway
Kathy Ansley

## BIRTH DEFECT GROUP

5.     The Plaintiffs listed below are all persons, who have suffered birth defects, which were proximately caused by exposure to hazardous substances, which were released into the environment by Defendants to this action. The above named Plaintiffs also claim damages resulting from other disorders, defects and diseases caused or related to exposure to the toxic chemicals described hereinafter in this Complaint. These Plaintiffs were also damaged by genetic and reproductive damages caused to their parents' exposure to toxic chemicals and hazardous substances. The Plaintiffs in this group are:

Misty Bedsole, a minor, by and
through her father and next friend,
Tim Bedsole
Alonzo Bell
Michael L. Berry Jr., a minor, by and
through his mother and next friend,
Lacrecia Matthews
Jeremy Chad Carter
Jimmy Larry Cassady
Nathan Alexander Cassady, a minor,
by and through his mother and next
friend, Laura Cassady
Angela Chatman (Radford)
Jeremiah A. Chatman, a minor, by
and through his mother and next
friend, Tara S. Chatman
Nigel D. Chatman, a minor, by and

Shaniece Chatman, a minor, by and
through her father and next friend,
Jeffrey Chatman
Meagan D. Gantt
Jakiyah Joshae Griffin, a minor, by
and through his mother and next
friend, Coretta James
William Albert Hall
Adam Hattaway
Romonda Renea Lee
Dechanta Lynn Stubbs
Karen Renee Lynn, a minor, by and
through her father and next friend,
Dexter Lynn
Teric DeWarren Lynn

Valtrez C. Lynn, a minor, by and
through his father and next friend,
Dexter Lynn
Stephanie D. Matthews
Stephon McLaughlin
Levi Austin Nance, a minor, by and
through his mother and next friend,
April Lee Nance
Lonnie Leroy Norman Jr., a minor, by
and through his mother and next
friend, Christina Norman
Veronica Robinson Peacock
Archillius Mendrell Perry, a minor, by
and through his mother and next
friend, Beatrice Harrison
Kavian Fer-rell Perry
Yulishia Shentelle Perry, a minor, by
and through her mother and next
friend, Beatrice Harrison
Princess Jer-ree Petway, a minor, by
and through her mother and next
friend, Beatrice Harrison
Maxine Bradley Pitts
Mickey D. Richardson
Dometric Bertrand Robinson
Ernestine Simmons
Robert Gene Vaughn Sr.
Bill Watson
Ebony Wilson
McCandle Wilson (Bass)
Kyler Chatman, a minor, by and
through his father and next friend,
Jeffrey Chatman
Jerry Antonio (Tony) Stone

Gretchen Brooks Adams
Chanealie Barnes
Keisa L. Lynn
Jennifer Rawls
Garon Tommy Hughes
Scotty Lynn
Ja'ida Evelyn Murphy, a minor, by
and through her mother and next
friend, Khaliah Thrash
Melissa Jayne Worrell, a minor, by
and through her mother and next
friend, Dixie Worrell
Alicia Wilson
Lacy Edwards, a minor, by and
through her mother and next friend,
Vickie V. Edwards
Jimmy Suttles
Jaden Cooper Johnson, a minor, by
and through his father and next friend,
Kenneth Johnson
Joshua Hunter Coon, a minor, by and
through his mother and next
friend, Twanna Coon
Charles Tatum Jr.
Betty Qualls
Jayce Caraway, a minor, by and
through his mother and next
friend, Kristy Caraway
William Steven Lawrence, a minor,
by and through his mother and
next friend, Jessica Lawrence

## BLOOD AND IMMUNE SYSTEM DISORDER GROUP

6.    The Plaintiffs listed below are all persons, who have suffered

blood and immune system disorders, and related diseases, which were

proximately caused by exposure to hazardous substances, which were released into the environment by Defendants to this action. The above named Plaintiffs also claim damages resulting from other disorders, defects and diseases caused or related to exposure to the toxic chemicals described hereinafter in this Complaint. The Plaintiffs in this group are:

James E. Anthony
Hattie Appkins
Yz Bess
Willie Jay Brooks
Michael Wayne Chatman
Sherell Cook Dees
Tiffany Miller
Linsey R. Norman
Nicholas R. Norman

Taora Thrash Oates
Timothy Tillman
Vannie Vickers
Mavis Wilkins
Willis Cassady
David Danley
Joseph Daniel Perez, a minor, by and
through his/her father and next
friend, Joseph Perez

### RESPIRATORY SYSTEM DISORDER GROUP

7.      The Plaintiffs listed below are all persons, who have suffered respiratory system disorders, and related diseases, which were proximately caused by exposure to hazardous substances, which were released into the environment by Defendants to this action. The above named Plaintiffs also claim damages resulting from other disorders, defects and diseases caused or related to exposure to the toxic chemicals described hereinafter in this Complaint. The Plaintiffs in this group are:

Cheryl Adams Peacock
Christine Coone Adams
Derick Brent Adams
Joseph Daniel Adams, a minor, by
and through his/her father and next

friend, Frank Adams
Brandon Allred, a minor, by and
through his/her mother and next
friend, Janice Allred
Brittany Allred, a minor, by and

through his/her mother and next
friend, Janice Allred

Armand Anderson, a minor, by and
through his/her mother and next
friend, Lykeshia Matthews
Anderson

Rudarius JaVaun Anthony, a minor,
by and through his/her father and
next friend, Rudolph Anthony

Zakiyyah Ball

Jonathan Tyler Barnes, a minor, by
and through his/her mother and
next friend, Joann Barnes

Timothy N. Barnes

Coleman J. Bass

Shawn S. Bass, a minor, by and
through his/her mother and next
friend, Sandra Bass

Jerrie Bedsole

Tim Bedsole

Willie Fred Bell

Bert Blair

Eddie L. Blue

Johnny Boles

Sandra Lee Bonam

Albert Dewayne Bonam Jr., a minor,
by and through his/her mother and
next friend, Sandra Lee Bonam

Malik DeJuan Bonam, a minor, by
and through his/her mother and
next friend, Sandra Lee Bonam

Daniel L. Bradley

Christin S. Brooks, a minor, by and
through his/her mother and next
friend, Angela Dukes

Ernie Brooks

Heather Geohagan Brooks

Kenneth D. Brooks

Tammy Lenora Brooks

James E. Bryan

Debra Bryant

Tuwan Bryant

Ishmael Buckley

Jonathan L. Carnley, a minor, by and
through his/her mother and next
friend, Rachel Cook

Nicholas Carter, a minor, by and
through his/her father and next friend,
Jeremy Carter

Kaunda Casey

Lily Jackson, a minor, by and through
his/her mother and next friend,
Catherine Jackson

Schon Jackson

Shaquille Jackson, a minor, by and
through his/her mother and next
friend, Emma G. Jackson

Tiffany Jackson

Chandra James

Pinkie P. Williams

Roderick Williams, a minor, by and
through his/her mother and next
friend, Theresa Bradberry

Rodero Williams, a minor, by and
through his/her mother and next
friend, Theresa Bradberry

Sharonda Toles

James Alan Cassady, a minor, by and
through his/her mother and next
friend, Elizabeth Cassady

Kevin Eli Cassady, a minor, by and
through his/her mother and next
friend, Jenny Cassady

Tommy Chambers

Van Chambers

Colandus Chatman Jr.

Marc Antonio Chatman

Steven Chatman

Ashley Christian, a minor, by and
through his/her father and next
friend, Everett Lynn Christian

Samuel Lynn Christian, a minor, by

and through his/her father and next
friend, Everett Lynn Christian

Mercedes Coleman, a minor, by and
through his/her mother and next
friend, Tiffany Coleman

Rashaad Coleman, a minor, by and
through his/her mother and next
friend, Cheybrel Bradberry

Elizabeth J. Cosson

Priscilla S. Cowart

Paul Aubrey Cox

Jayden Jevon Davis, a minor, by and
through his/her mother and next
friend, Ashley Greer

Mary P. Davis

Brookelyn S. Donaldson, a minor, by
and through his/her mother and next
friend, Anna Donaldson

Justin B. Donaldson, a minor, by and
through his/her mother and next
friend, Anna Donaldson

John Henry Douglas

Robert J. Douglas

Angela N. Dukes

Carlton Dukes

Joseph Dukes

Vicki V. Edwards

Wesley M. Feagin

Jessica Idella Frazier

Louis M. Frazier

Tenisha Quantel Frazier, a minor, by
and through his/her mother and next
friend, Jessica Frazier

Keonna Shaonta Gettis, a minor, by
and through his/her mother and next
friend, Jessica Gettis

Vance Gettis

Patricia A. Gilbert

Bobby C. Gilley

Cierra Goldsmith

Eva N. Goldsmith

Richard Goldsmith

Thelma Goldsmith

Willie Goldsmith

Stephanie Green

Sean Grissett, a minor, by and
through his/her mother and next
friend, Stacie Hudson

Mary L. Hall

Shiann M. Hall, a minor, by and
through his/her mother and next
friend, Wendy Hall

Judith Lee Hallford, a minor, by and
through his/her mother and next
friend,
Cynthia Hallford

Kellie LeAnn Hallford, a minor, by
and through his/her mother and next
friend,
Cynthia Hallford

Jeremy Hanscom

Roy Harrison

Yvonne Lachelle Hartley

Anah B. Hattaway, a minor, by and
through his/her mother and next
friend, Amber Hattaway

Catherine Spicer Hattaway

Joshua Hattaway, a minor, by and
through his/her mother and next
friend, Paula Hattaway

William A. Hattaway

Margie Henderson

Alaric Lamont Hill

Eddie J. Hill

Marc A. Holmes

Thomas Richard Howard

Tracy Huckabaa

John Dempsey Hudson Jr., a minor,
by and through his/her mother and
next friend, Stacie Hudson

John Dempsey Hudson

Hunter R. Hughes, a minor, by and

through his/her mother and next
friend, Debra Hughes
Willie Mae Hughes
Keanua Makayla Hutcheson, , a
minor, by and through his/her mother
and next friend, Juliana Hutcheson
(Bryant)
Knshanaha Hutchinson
Jamie Inabinett
Catlyn J. Jackson, a minor, by and
through his/her mother and next
friend, Catherine Jackson
Christopher Paul Jackson II, a minor,
by and through his/her mother and
next friend, Catherine Jackson
Christopher Paul Jackson
Crystal Jackson
Echo V. Jackson, a minor, by and
through his/her guardian and next
friend, Kenneth Jackson
James Paul Jackson
Justin Lee Jackson
Yolanda L. James
Gilbert Lee Johnson
Evelyn Thompson Jones
Willie R. Jones
Keerie Necole Kimbril, a minor, by
and through his/her mother and next
friend, Kimberly Kimbril
Jonathon William Kyser, a minor, by
and through his/her guardian and next
friend, Lois Hernandez
Wiley L. Lowery
Dexter Lynn Jr.
Santanna D. Lynn
Juanita Marshall
Evelyn Christina Mason
Destiny Michelle Mason, a minor, by
and through his/her mother and next
friend, Evelyn Christina Mason
Craig D. Matthews

Fredrick Matthews
LaTara F. Matthews
Jimmy L. McCoy
Jacqueline McKinney
Billy J Miller
Terry Miller
Willie C. Milton
Janice Moore
Donnie Wilson Morris
John F. Morris
April Lee Nance
Lonnie Leroy Norman Sr.
Chester Ray Norris
Gary D. Oates
Arthur Gregory Olmstead
James Orndorff
Aisha Patrick
Glenn Edward Peacock
Charles E. Perry
Nathan L. Perry
Cleonia Lynn Pittman
Julian Roosevelt Pittman
Reginald Maurice Pittman
Barbara Porter Russell
Aria J. Price, a minor, by and through
his/her mother and next friend,
Subrina Price
Cortlin C. Price, a minor, by and
through his/her mother and next
friend, Subrina Price
Howard Cornelius Price
Ka'Trina Price, a minor, by and
through his/her mother and next
friend, Jessica Gettis
Kavon Price, a minor, by and through
his/her mother and next friend, Jessica
Gettis
Shawn Price
Johnny Reed
Linda Richardson
David E. Robertson

Zaniya Keilani Robinson, a minor, by
and through his/her guardian and next
friend, Fannie Robinson
Margaret Porter Rodgers
Valerie Russell
Savion Salter, a minor, by and
through his/her mother and next
friend, Sandra Barnes
Ezekiel Amari Sheridan, a minor, by
and through his/her grandmother and
next friend, Queen Feagin
Zandia M. Simon, a minor, by and
through his/her mother and next
friend, Ebony Wilkins
Corderus Smiley, a minor, by and
through his/her mother and next
friend, Queen Feagin
David Allen Smith
Linda Stone
Betty Jean Taylor, a minor, by and
through his/her mother and next
friend, Tammy Taylor
Hilary P. Thames, a minor, by and
through his/her mother and next
friend, Angela Dukes
Andrea Thomas
Asheley N. Thomas, a minor, by and
through his/her mother and next
friend, Elizabeth Casady
Chreedell Thomas
Dolly Thomas
LaKeria Thomas, a minor, by and
through his/her mother and next
friend, Ebony Wilkins
Kanessa M. Thompson
Lillie Mae Thompson
Cassandra Thrash, a minor, by and
through his/her mother and next
friend, Claudine Thrash
Rusty Townsend
Rhonda Oates Tucker

Derrick Dewayne Vaughn, a minor,
by and through his/her mother and
next friend, Sharon Vaughn
Mary L. Vickers
Okoye A. Vickers, a minor, by and
through his/her mother and next
friend, Daphne Wilson
Willie C. Vickers
Zouchrain O. Vickers, a minor, by
and through his/her mother and next
friend, Daphne Wilson
Irene Walker
Stanley Wallace
Linda D. Walls
Hayward James Walters
Glenda D. Ward
William (Mike) Ward
Johnnie Washington
Dewayne E. Williams
Francine Williams
George Brian Williams, a minor, by
and through his/her mother and next
friend, Renee Williams
Daphne Wilson
Gwendolyn Bass Wilson
LaToya Danielle Wilson
Bryan Caswell Withey
Wesley C. Wright, a minor, by and
through his/her grandmother and
next friend, Earnestine Holmes
Wilson Yelverton
Calvin Doyle York
Isaiah S. Chatman, a minor, by and
through his/her father and next
friend, March Antonio Chatman
Mary Joyce Patterson
Anthony D. Barnes
Hardred Barnes III
James Rusty Burke
Michael Z. Cotton, a minor, by and
through his/her mother and next

friend, Joanna Cotton

Courtne' Jenay Dixon, a minor, by and through his/her mother and next friend, Cicely Hall

Stephanie Slaughter

Katelin M. Cassady, a minor, by and through his/her mother and next friend, Wendy Windham

Katie Carroll, a minor, by and through his/her guardian and next friend, Betty Jean Jackson

Shannon Carroll, a minor, by and through his/her guardian and next friend, Betty Jean Jackson

Ervin K. Flowers

Mary Jane Flowers

David A. Morris, a minor, by and through his/her mother and next friend, Stephanie Slaughter

Jesse Ray Carpenter

Hope I. Slaughter, a minor, by and through his/her mother and next friend, Stephanie Slaughter

Eva Tatum

Louis Olmstead, a minor, by and through his/her mother and next friend, Natasha Olmstead

Verge Leon Chames

Deandre Parsons, a minor, by and through his/her mother and next friend, Gwenever Jewel Peacock

Tony Womack, a minor, by and through his/her mother and next friend, Pamela Goldsmith

Michael Womack

Jarvontay J. Thomas, a minor, by and through his/her mother and next friend, Lureen Turner

Andreka Thrash, a minor, by and through his/her mother and next friend, Claudine Thrash

Kayla Goldsmith, a minor, by and through his/her mother and next friend, Diana Goldsmith

Houston A. Goldsmith, a minor, by and through his/her mother and next friend, Diana Goldsmith

Lillie V. Jordan

Tonjya M. Johns

Vincent M. Wilson

Shannon Don Spychalski

Prinscilla Sherelette Anthony, a minor, by and through her mother and next friend, Prinscilla Anthony Chatman

Nathan Tyler Hobbs, a minor, by and through his/her father and next friend, Kenneth Hobbs

Stephen Kyle Corbin, a minor, by and through his/her mother and next friend, Martha Corbin

Terry Richardson

Marie Harrison Stokes

Jerry Stokes

Zachery Ryan Hamilton, a minor, by and through his/her mother and next friend, Maxine Spicer

Houston Gene Biddle, a minor, by and through his/her mother and next friend, Susan Biddle

Hannah Goodwin, a minor, by and through his/her mother and next friend, Melissa Goodwin

Dora Dirga

Kathy Dennis

Ivan N. Pickron

Jeremy Kyser

Danny D. Franklin

Pamela Broder

Joann Haney Baxley

Anita Wilkinson

Fred Weaver

Mark Weaver
Christa Lafta, a minor, by and through
    his/her mother and next friend,
    Brenda Weaver
Kimberly Lafta, a minor, by and
    through his/her mother and next
    friend, Brenda Weaver
Nicho Lafta, a minor, by and through
    his/her mother and next friend,
    Brenda Weaver
Breonna Lafta, a minor, by and

through his/her mother and next
    friend, Brenda Weaver
Bonnie Jackson
Keyvon Bardo Chambers, a minor, by
    and through his/her father and next
    friend, Ken Chambers
Linda Qualls
Clara Jordan

## ENDOCRINE/NEPHROLOGY GROUP

8.    The Plaintiffs listed below are all persons who have suffered endocrine

gland disorders and/or nephrology disorders proximately caused by exposure to

hazardous substances, which were released into the environment by Defendants to this

action. The above named Plaintiffs also claim damages resulting from other disorders,

defects and diseases caused or related to exposure to the toxic chemicals described

hereinafter in this Complaint. The Plaintiffs in this group are:

Willie Thelma Adams
Alice Mae Allen
Phyllis T. Barnes
Buffi Barrineau-Lowry
Mary Frances Jenkins Bass
Richard Bradberry
Annie Ruth Brooks
Timothy W. Brooks
Ethelrine Bryant
Shirley Crittenden Campbell
Pauline Carr
Eddie Ray Cassady
Jeffery Chatman
Maggie Davis
Ronnie C. Davis Jr.

Tayaka Davis, a minor, by and
    through his/her mother and next
    friend, Shannon Davis
Lillie Bell Edwards
Thomas L. Faulk
Mattie M. Frazier
Jessica Justine Gettis
Oliver Goodwin
Jimmy Gray
James Monroe Hadley
Wendy Farrah Hall
Sammy Lee Hallford
Thomas Hallford
Nealie Hooks
Jerry Hunter

34

Eleanor Inabinett
Walter Inabinett
Emma G. Jackson
Thomas J. Maddox
Albert Marshall Jr.
Edward E. Martin
John A. Matthews
Ann Linette McClelland
Carrie Lynn (Evans) Miller
Stacy Mulkey
Will Norsworthy
Ava Barber Norsworthy
Tonya Odom
Evelyn Peacock
James Lemont Peacock
Saddie Mae Peacock
Archie C. Reaves
Joann Reeves
Jewel L. Robbins
John I. Roberts
Michael D. Roof
Carrine Skanes
Willie Thompson
Angelene Varner
Sharon Sue Vaughn
Mable L. Vickers
Clarence Wallace

George R. Williams
Willie Earl Williams Jr.
Roger Lee Worrell
Albert Bradley
Tara Sunshine Hadley
Sharon Sue Hayes
Shelly Pryor
Betty Jean Jackson
Mary L. Rogers
Ciera Hughes, a minor, by and
    through his/her mother and next
    friend, Esther Hughes
Ashton Xander Fleming, a minor, by
    and through his/her mother and
    next friend, Kathy Richardson
Heather Renee Sexton, a minor, by
    and through his/her mother and
    next friend, Martha Corbin
Richard Edward Westenberger
James Simmons
Linda Faye Williford
Bettye Pickron
Michael A. Hutchinson
Donna Morgan
Jessica Lawrence

## NEUROLOGICAL DISORDERS GROUP

9.    The Plaintiffs listed below are all persons who have suffered personal

neurological disorders proximately caused by exposure to hazardous substances,

which were released into the environment by Defendants to this action. The above

named Plaintiffs also claim damages resulting from other disorders, defects and

diseases caused or related to exposure to the toxic chemicals described hereinafter in

this Complaint. The Plaintiffs in this group are:

Emma Armstrong
Christopher Bramlet, a minor, by and
    through his mother and next
    friend, Carolyn Jackson
Brittney A. Carson
Michael A. Carson, a minor, by and
    through his mother and next
    friend, Linda Carson
Christopher Caley Cassady
Kimberly Christian, a minor, by and
    through her father and next friend,
    Everette Lynn Christian
Simon P. Corbin
Shannon Davis
Beverly DeVaughn
Glenene L. Edmondson
Leroy Geohagan
Pamela Goldsmith Womack
Cicely Dixon Hall
Amber Hattaway
Jenell Robinson Hill
Johnny Foy Johnson
Roy Lee Johnson
Daphne L. Jordan
Mildred Kendrick
Yvonna Kilpatrick
Anna Hartley King
Camren D. Marshall, a minor, by and
    through his mother and next
    friend, Wendy C. Marshall
Jerry Allen Martin
Craig Murphy, a minor, by and
    through his mother and next
    friend, Shandrina Murphy
Quinton Orndorff
Herman Owens
David Porter
Corey L. Robinson
Winston E. Rowe
Inez M. Simmons
Desmond Smiley, a minor, by and

through his mother and next friend,
Shandrina Murphy
Margie N. Taylor
Lou Ella Thompson
Yusef A. Thrash
Michael Vernon Todd
Mary Lou Porter Turner
Jessica Watson
Christopher Dale Williams, a minor,
    by and through his mother and
    next friend, Renee J. Williams
Courtney Wilson
Jimmy D. Wise
Janice Allred
Shirley Garvin
Edna N. Harrison
Bobby Lynn
Gerald Reeves
Roy Ezell
Deonte J. Wright, a minor, by and
    through his father and next friend,
    Lacy Evan Wright
Jeremy Jason Jones
Emily A. Cassady, a minor, by and
    through her mother and next
    friend, Wendy A. Windham
Paula Lois Cude
Summer Shayenne Henderson, a
    minor, by and through her mother
    and next friend, Evelyn Christina
    Mason
Jovontae Griffin, a minor, by and
    through his mother and next
    friend, Pamela Goldsmith
Xavier Cordell Fleming, a minor, by
    and through his mother and next
    friend, Kathy Richardson
Becki Lee Adams, a minor, by and
    through her mother and next
    friend, Phyllis Adams
Wiliam T. Creech

Tammy Creech                    Paul Eugene Davis
Johnny Armstrong                Craig Morgan
Michael J. Ordes Jr.

## CARDIOVASCULAR DISORDERS GROUP

10.    The Plaintiffs listed below are all persons who have suffered

cardiovascular disorders proximately caused by exposure to hazardous substances,

which were released into the environment by Defendants to this action.  The above

named Plaintiffs also claim damages resulting from other disorders, defects and

diseases caused or related to exposure to the toxic chemicals described hereinafter in

this Complaint.  The Plaintiffs in this group are:

Randy Lewis Adams               Lauretta Williams
Bernard Anthony Sr.             Kevin Duane Cassady
Horace Armstrong                Glen Chambers
Gary Barnes                     Bobby B. Coleman
Mae Grace Barnes                Bobbie Jean Cook
Sharon K. Barnes                Dorothy J. Cooper
Benjamin J. Barrett             Betty Ann Daniels
Ramona Barrett                  James Walter Davis
William Steve Barton            LaVennia Davis
Scotty Beck                     Shanda Davis-Goldsmith
Leo M. Bedsole                  Mary Dunbar Diggs
Bobby Jean Bess                 Verdie P. Dorsey
Ronnie J. Bettis                Terry Glenn Franklin
Eugene Houston Biddle           Detrick Oneal Frazier
Willie A. Bradberry             Tommy Fuller
James E. Brooks                 Robert E. Goldsmith
Margaret J. Brooks              Willie C. Handy
Edith Brown                     Dennis Wayne Harrison
Annie Burlison                  Michael T. Harrison
John Caldwell                   Bobby Joe Hemphill
Tierre Lamar Carson             Margaret Henderson
Charles E. James                Joe Hernandez
Johnny N. James                 Holland R. Hughes

Carolyn Jackson
Clara Jackson
John E. Jones
John Henry Jones Jr.
Rosa M. Jones (Perkins)
Michael D. King
Mae Lee
Dick Patrick Lee
Palmer Clint Lewis
Sheary Lowery
Emmitt Matthews
Everett Matthews
Robert McCall
Mary C. McCarey
Jacquelynn Peacock McGee
Larry L. Miller
William Miller
James D. Morrow
Shandrina Murphy
Mary Orndorff
Milton Parker
Rickey Thomas Phillips
Roosevelt Pittman
Estelle Porter
Lorenza Price
Annie Bell Reed
Delores Robbins
Albert Slater Jr.
Alene Slover
James Mack Smith
Junior Smith
Michael E. Spicer
Hubert Stephens
Donald Chad Stewart
Jeffery Dave Stone

Peggy Cassady Tatum
Earnest Oscar Taylor
Donald Thompson
Amos L. Thrash
Claudine Thrash
Daniel Thrash
David Lewis Thrash
Jeffery Thrash
Mary Nell Thrash
Stephon Letray Thrash, a minor, by
   and through his mother and next
   friend, Jessica Frazier
Mack Waing Vickers
Johnny Ray Wallace
Joann Carr Walters
Mattye Bell Walters
Lottie Wheeler
Charles R. Wibbing
Allie Mae Williams
Bertha Williams
Cedric Alphonso Williams
Estellieta Williams
Willie Earl Williams Sr.
Marvin Duane Williford Jr.
Sandy Williford
Robert Womack
James A. Thrash
Barry Lynn Carter
Pamela D. Hutcheson
Lonnie Garvin
David Windham
Alfred Jerome Whitaker Jr.
Aldean Brooks
Michael R. Barlow

### DIABETES GROUP

11.     The Plaintiffs listed below are all persons who have diabetes that was

proximately caused by exposure to hazardous substances that were released into the

environment by Defendants to this action. The above named Plaintiffs also claim

damages resulting from other disorders, defects and diseases caused or related to

exposure to the toxic chemicals described hereinafter in this Complaint. The Plaintiffs

in this group are:

| | |
|---|---|
| Alice Adams | Gracie M. Maddox |
| Donald W. Adams | Marlon J. Matthews |
| Frank L. Adams | Melvin D. Matthews |
| Edward Armstrong | Rasquez L. Matthews |
| Joann Barnes | Earnest Lee McCraney |
| Vaughn L. Barnes | Ivory J. Murphy |
| Sandra J. Bass | Jacky Partridge |
| Richard Blue | Helen J. Pickron |
| Bryan Anthony Bradberry | Timmy Allen Ramey |
| Norma Bradberry | Manuel Robbins |
| Lavon Bradley | Immergean Rodgers |
| Myrtle F. Bradley | Sharon Robinson Stewart |
| Roy C. Bramlet | Sandra Stokes |
| Ralph Brooks | DiaLinda Thomas |
| Willard Cawthon | Wayne Thomas |
| Otis Dorsey | Freddie L. Toles |
| Jan Edmondson | Debra Matthews Tyler |
| Dianne Franklin Craig | Bobby Tyson |
| James Frazier | Lue C. Whitaker |
| E.B. Gautney | Sonya Williams |
| Martha Neal Gibson | Regina Willis |
| Joel Gomillion | Michael G. Wise |
| Randall W. Hall | Mattie Caphart |
| Jo Ann Hobbs | Willa Dean Head |
| Steve Hataway | Donald Mack Jones |
| James A Ingalls | Jonathan Joseph Jones |
| Annie D. (Frazier) Jones | Joan H. Corbin |
| Coleman Douglas Jones | Callie Gail Johnson |
| Ruby Nell Knight | Robert L. Thomas |
| Adelle N Lee | W. C. Lynn |
| Jenny R. Lynn | Tabitha A. Marion |
| Robert Lynn | Michael Jerome Jowers |

Susie Edwards Gilliam
Pansy Jean Wilson
Jane Devaughn

Minnie Pearl Smith
Scott Thomas

### OTHER DISORDERS GROUP

12.    The Plaintiffs listed below are all persons who have diseases or disorders

that were proximately caused by exposure to hazardous substances that were released

into the environment by Defendants to this action.  The above named Plaintiffs also

claim damages resulting from other disorders, defects and diseases caused or related

to exposure to the toxic chemicals described hereinafter in this Complaint.    The

Plaintiffs in this group are:

Carolyn D. Barrett
Cindy Barrineau
Dustin Beverly
Madonna Bradley
Sonia Devaughn Brown
Martha Faye Bryant
Hural Buckley
Willie Calloway
Chelsea Shanear James, a minor, by
    and through her mother and next
    friend, Maquita James
Kenneth R. Williams
Charles Lance Chambers
Jerry E. Coone
Jessie A. Danley
John H. Edwards
Kristen Flowers
Vickie Gilley
Rita Faye Goodwin
Eleanor Griggs
David Hutcheson
Junior Ashford King

Gerald DeWayne Lynn
Ronnie Lynn
Dexter Lynn Sr.
Donald Sylvestor Matthews
Etta T. Matthews
Jeanette Matthews
Alton L. McKinney
Kenneth Norman
Vernon Norris
Deborah Odom
Lena Odom
Annie Laura Holmes
Dale Marie Parker
Eva Parker
Angela Marie Radford, a minor, by
    and through her mother and next
    friend, Angela Chatman
Jerry Cleveland Reese
Timothy J. Richardson, a minor, by
    and through his mother and next
    friend, Linda Richardson
Renee Robbins

Aaron Robinson Jr.
Jeremy A. Slaughter
Michael Stewart
Mason Skylar Strickland, a minor, by
    and through his/her mother and
    next friend, Laura Strickland,
Khaliah Thrash Murphy
Michael A. Turner
Anthony A. Wilkins
Dennis L. Worrell
Lacy Evan Wright
David Bradley
Preston Ray Caldwell
Sherry F. Cook
Gloria Peacock DeVaughn
Christian Kyle Hadley, a minor, by
    and through his mother and next
    friend, Tara S. Hadley
Laken Page Hadley, a minor, by and
    through his/her mother and next
    friend, Tara S. Hadley
Connie R. Bryan

Savannah E. Cassady, a minor, by and
    through her mother and next
    friend, Wendy A. Windham
Kenneth A. Thompson
Chris Costopoulos
Annie Marie Jackson
William Robert Kyser
Bert D. Radford Jr., a minor, by and
    through his mother and next
    friend, Angela Chatman
Hank Tatum
Sal Marco Lynn
Chelsea Cheyenne Martin, a minor,
    by and through her mother and
    next friend, Joyce Johnson Martin
Tabitha Jane Withey-Yates
Sara Jackson
Joseph Skanes Jr.
Merry Sue J. Withey
Summer Ansley

## EXPOSURE GROUP

13.    The Plaintiffs listed below are all persons who have suffered limited personal injury, which may result in significant damages in the future, and/or property damage. These plaintiffs were exposed to toxic emissions released from Defendant's facility and have suffered genetic changes which may be manifested in dreaded disease. Some have property damages as well because of toxicants that collected in their homes. The Plaintiffs in this group are:

Brandon Dewayne Adams
Raymond Adams
Rudolph Anthony
Carmon Avan

Jorian Avan
Kenneth Avan
John Baldwin
Timothy Baldwin

Johnny L. Ball
Farrel E. Barrow
Katrina Bass
Robert Jerald Blackburn
Cecil Ray Blue
Robert L. Blue
Bobby C. Bradberry
Donnell Bradberry
Theresa Bradberry
Sam Bradberry Jr.
Coranetta Horne Bradley
David Bradley
Otis J. Bradley, a minor, by and
    through his mother and next
    friend, Coranetta Bradley
RaSean Bradley, a minor, by and
    through his mother and next friend,
    Coranetta Bradley
Janice Bramlet
Charles Brooks
Essie M. Brooks
Jason Brooks
Patricia Brooks
Raymond Brooks
Tomika Shontese Brooks
Willie Ray Brooks
Ronald W. Brown
Lorena F. Bryant
Monica Bryant
Ray A Bryant
Connie S. Buckley
Gregory R. Caldwell
Jackie Caldwell
Mistilin Caldwell
Kenneth Mac Campbell
Randall Carlisle
Carla Denise Carson
Linda G. Carson
Ronda L. Carson
Sonya Carson

Sierra C. Carter
Marjorie K. Jackson
Mary A. Williams
Timmy Ray Cawthon
James Keith Chambers
Ken B. Chambers
Patsy L. Comalander
Kendall Scott Cook
Marvin D. Cooper
Lucidena Cowan
Donnie Ray Cutts
Don Daniel
Hank O. Davis
John D. Davis
Frank F. Devaughn
Otis Dixon
Thomas Earl Douglas
Gregory D. Edmondson
John Eliard
A.C. Elliot
Elmer Elliott
Robert Feagins
Douglas David Findley
Guthrie Pridgeon Finlay
Joshua S. Fleming
Murunda Florence
Franklin D. Flowers
Eddie Foreman
Annasia Frazier
Toteana Shambrel Frazier, a minor,
    by and through her mother and
    next friend, Jessica Frazier
Brandi Nichole Frost
Kenna Frost
Daniel Gantt III
Cleveland Gettis
William Gillard
Wilbert Gillbert
Lindsey Gilley
Mary Goff

Annie Goldsmith
Brooks Goldsmith
Donald Goldsmith
Willie David Goldsmith
Gregory Wright
Roy E. Hall
William G. Hamilton
Car Harris
Ida Mae Harris
Leslie D. Harrison
Linda Harrison
Paul E. Hartley
Ruby Heisler
Charlie Avery Hill
Kenneth G. Hobbs
Olivia Hobbs, a minor, by and
    through her mother and next
    friend, Connie Buckley
Angela Holley
Stacie Lynn Hudson
Juliana Marie Hutcheson
Douglas Hutchinson
Eddie Isgro
Patricia Isgro
Helen A. Jackson
Jonathan Wesley James
Frances Johnson
Francis M. Johnson
Cody Jones, a minor, by and through
    his mother and next friend, Holley
    Jones
Dewayne Jones
Holley Jones
Nicholas Jones, a minor, by and
    through his mother and next
    friend, Holley Jones
Raymond Alto Jones
Eloise Judson
Johnny Knight Jr.
Paul Jay Kyser

Eddie Lang
Buford Lee
Labaron Lee
Percy James Lett
Tony Lewis
Joe Lewis Jr.
Candress Lockeharte
Judy J. Logan
Gregory Lynn
Willie George Lynn Jr.
Benjamin Mack
Bruce Evan Maddox
Caleb Dakota Maddox, a minor, by
    and through his father and next
    friend, Bruce Maddox
Jennifer R. Maddox
Lori L. Maddox
Clifford D. Matthews
Johnny Matthews
Mary Matthews
Theresa A. Matthews
Tristan Matthews
Tyrone Maurice Matthews
Melody Mayes
Ealie S. McClain
Lessie McClain
Alice McCollough
Susie M. McGugin
Alyssa Miller
Arthur L. Miller
Susan Miller
Teresa Miller
Betty Kembro Mitchell
Alesia R. Moore
Dominique M. Moore
EvyMic L. Moore
Michael Moore
Corbin L. Murphy
Ida Murphy
James A. Murphy

Emily Paige Nance
Michael D. Nance
E. Louise Nazario
Neal Oates
Steven L. Oates
Amanda Odom
Betty Gail Odom
Maggie Odom
Mitchell Odom
Rebecca Odom
Kelvin James Owens
Queen E. Owens
John Leroy Henderson
Warren Owens
Harold Parker
Joshua O. Parker
Kelley Parker
Prince N. Parker
Shawana J. Parker
Robert Parker Jr.
Nina Parks
Annie Pate
Elijah Patrick
Eloise Patrick
Steven T. Perry
Marcus E. Phillips
Tony Ray Pickron
Antonio DeWayne Perdue Jr.
M. Doyle Prescott
Carroll Eugene Pryor
Veronica T. Purdie
Christian Radford
Clarence Ratliff
Georgeann Redmon
Rudolph Redmon
Ellie Reeves
Greg Reeves
Alan H. Robbins
Jarvis Roberts
Shannon Ray Roberts

Diamond Robinson
Jonathan David Robinson, a minor, by
    and through his mother and next
    friend, Geraldine Wheeler
Patrick Dewayne Robinson
Felicia Hartley Russell
Mary Lee Sankey
Beulah Shaw
Patricia Shaw
Clarence Edward Slater
Reginald Floyd Slaughter
James E. Small
Minnie Small
Arthur Smiley Jr.
Densthia Smiley
Michelle Smiley
Annie Smith
Carolyn Hutchinson Smith
Cherice Lanette Smith
Lewis Edward Snow
Timothy Lewis Snow
Daniel Christopher Steele
Melinda Strickland
William Tanner
Philip Harold Thomas
Unadia Thomas
Linda Thompson
Lorene Thompson
Holden Thornhill
Leighton B. Thornhill
Cornelia Thrash
David Leon Thrash
Joshua Thrash
Markell L. Thrash
Michael E. Thrash
Stephoni Letravia Thrash, a minor, by
and through her mother and next
friend, Jessica Frazier
Tysean Temario Thrash, a minor, by
    and through his mother and next

friend, Jessica Frazier
Yuvanda Thrash
Larry Bruce Toles
Wonderful Toles Jr.
Benny L. Turner
Emmitt M. Tyler Jr.
Ethan Matthews Tyler
Leon A. Vann
Wayne B. Vann
Kevin Patrick Walker
Theresa Ann Walker
William Scott Walker
William Arthur Walker
Terrence Walters
Tracey Wang
Joyce Washington
John D. Weeks
Arthur J. Wheeler
Geraldine Wheeler
Alford Whitaker Sr.
Angelia Williams
Cicely F. Williams
Cleveland Williams
Earnest Leo Williams
Edwin B. Williams
Edwin Chamberlin Williams
Kimley Williford
Thomas Williford
Kimberly Owens Wilson
Mary N. Wilson
Betty Wright
Raymond Yates
Wade L. Yates
Calvin Maxwell York
Donna LaKeisha Holmes
Willie G. Lynn
Arnold Keith Pryor
Keadra T. Avan
Michael Earl Barnes
Debbie Jo Franklin

Eugene Herbert Jr.
Kim Madden
Janice Madden
Trina Jordan
Romanuel Gundrum Jr.
Jeffrey Pryor
Kayla S. Adams
Cynthia Hughes
Tommy D. Hughes
Donnie Ray Matthews
Michael Ball
Tuyen T. Morris, a minor, by and
    through his mother and next
    friend, Stephanie Slaughter
Breanna D. Morris, a minor, by and
through her mother and next friend,
Stephanie Slaughter
Louise Cassady
John E. Porter
Josephine Y. Hutchinson
Velma Lee Vallandingham
Sylvia Elaine Vallandingham
Paul Hartley Jr.
Melissa Windham
Tony R. Hughes
Robert Womack III
Deldric T. Matthews
Eric D. Jones
Charles (Mike) Read
Ayesha Lynn
Ruth Creech
Jessica Bryan, a minor, by and
    through her mother and next
    friend, Connie Bryan
Carlton Palmer
Kenneth Harrison
Kenneth L. Johnson
Justin Maddox
Domonique Nelson
Joshua Boles, a minor, by and through

his guardian and next friend,   Pamela Jolene Broder
Kenneth Boles       Dallas O. Haney

## RELATED CLAIMS AND DISEASES

14. All of the Plaintiffs in this action suffer from disease or defect caused by exposure to hazardous substances released into the environment by Defendants. Plaintiffs also suffer from disease related to their primary disease and some Plaintiffs suffer from multiple diseases or disorders. Inclusion in one of the subgroups set out above is not intended to limit Plaintiffs' claims for damages resulting only from the subgroup disease category. Plaintiffs' claim damages for all personal injury caused by toxic chemical released from Defendants' facility.

## BACKGROUND

15. Plaintiffs make a claim for personal injuries and property damage caused by exposure to toxic chemicals and hazardous wastes, which were released into the environment from a wood treatment facility formerly owned and operated by the Defendants in Covington County, Alabama.

16. The facility is located between the towns of Lockhart and Florala, Alabama, on a site formerly occupied by Lockhart Lumber Company, a predecessor to PACTIV Corporation.

17.     Emissions of hazardous substances by Defendants and/or their predecessor corporations into the environment proximately contributed to cause Plaintiff's injuries and damages.

18.     Plaintiffs resided in the Florala/Lockhart community for a period of time or Plaintiffs were present at other homes, businesses, and places of employment, churches and/or schools in the Florala/Lockhart area.

19.     PACTIV Corporation or its predecessor began operation of the facility in the late 1950's and engaged in the business of treating lumber and pine wood poles with creosote, pentachlorophenol and CCA (chromium, copper and arsenic).

20.     Energy for the Defendants' wood treatment operation was partly obtained by burning waste wood and bark in three boilers, which were used to create steam and provide heat and energy for the sawmill and wood treatment operation.

21.     The boilers used by Defendants were not licensed as hazardous substance or toxic waste incinerators.

22.     The boilers used by Defendants were not designed or intended to be used as hazardous substance or toxic waste incinerators.

23.     The boilers used by Defendants at the facility would not have safely disposed of hazardous substances or toxic waste burned in them.

24.     The boilers used by Defendants were not licensed as dioxin/furan compounds incinerators.

25. The boilers used by Defendants were not designed or intended to be used as dioxin/furan compound incinerators.

26. The boilers used by Defendants at the facility would not have safely disposed of dioxin/furan compounds waste burned in them.

27. The boilers used by Defendants were not licensed as arsenic compounds incinerators.

28. The boilers used by Defendants were not designed or intended to be used as arsenic compounds incinerators.

29. The boilers used by Defendants at the facility would not have safely disposed of arsenic compounds burned in them.

30. The boilers used by Defendants were not licensed as hexavalent chromium compounds incinerators.

31. The boilers used by Defendants were not designed or intended to be used as hexavalent chromium compounds incinerators.

32. The boilers used by Defendants at the facility would not have safely disposed of hexavalent chromium compounds burned in them.

33. The boilers used by Defendants were not licensed as pentachlorophenol compounds incinerators.

34. The boilers used by Defendants were not designed or intended to be used as pentachlorophenol compounds incinerators.

35. The boilers used by Defendants at the facility would not have safely disposed of pentachlorophenol compounds burned in them.

36. The facility also operated a teepee burner, which was used to burn waste or scrap wood. Use of the teepee burner was discontinued by PACTIV on or about February 21, 1980.

37. The Secretary of Health and Human Services maintains a list of substances known to be carcinogens, or which may be reasonably anticipated to be carcinogens.

38. The Administrator of the Environmental Protection Agency, in cooperation with the Agency for Toxic Substances and Disease Registry and the National Toxicology Program, identifies a list of those hazardous wastes, which are carcinogens, mutagens, teratogens, or endanger human health.

39. The United States Environmental Protection Agency, Office of Pesticides Program, also maintains a list of chemicals evaluated for carcinogenic properties.

40. The Secretary of Health and Human Services and the United States Environ9ental Protection Agency lists creosote as a probable human carcinogen.

41. Creosote is a mixture of chemicals and is probably carcinogenic to humans.

42. The creosote mixture used by the Defendants at their Florala/Lockhart facility contained chemicals, which are known to cause cancer.

43.    The creosote mixture used by the Defendants at their Florala/Lockhart facility contained chemicals, which are believed to cause cancer.

44.    The Secretary of Health and Human Services and the United States Environmental Protection Agency lists pentachlorophenol as a probable human carcinogen.

45.    Pentachlorophenol is probably carcinogenic to humans.

46.    The pentachlorophenol used by Defendants for wood treatment at the subject wood treatment facility was also contaminated with dioxin/furans.

47.    Dioxin and/or dioxin/furans contaminates in pentachlorophenol used at the facility included 2,3,7,8-tetrachlorodibenzo-p-dioxins, other tetrachlorodibenzo-p-dioxins, pentachlorodibenzo-p-dioxins, hexachloro- dibenzo-p-dioxins, hepta-chloro-dibenzo-p-dioxins, tetrachlorodibenzo-furans, pentochlorodibenzo-furans, hexa-chlorodibenzo-furans, heptachlorodibenzo-furans, octachlorodibenzo-furans and optachlorodibenzo-p-dioxins.

48.    The pentachlorophenol used by Defendants at the Florala/Lockhart facility contained chemicals, which are known to cause cancer.

49.    The creosote used for wood treatment at the wood treatment facility by Defendants was contaminated with polycyclic aromatic hydro- carbons (PAHs).

50.    The creosote or wood treatment chemicals used by Defendants at the wood treatment facility was further contaminated with or contained benzene.

51.     Benzene is listed by the Secretary of Health and Human Services and United States Environmental Protection Agency as a known human carcinogen.

52.     The wood treatment chemicals used by Defendants at the subject wood treatment facility also were contaminated with or contained other chemicals which are generally scientifically recognized to be human carcinogens, to cause birth defects, or to be accelerants and promoters of cancer in humans.

53.     The Defendants also made use of cooling tower corrosion inhibitors, which contained hexavalent chromium and after 1985, made use of wood treatment chemicals, which contained hexavalent chromium.

54.     The Secretary of Health and Human Services and United States Environmental Protection Agency list chromium (VI) as a known human carcinogen.

55.     The wood treatment operation employed by Defendants created or generated waste water when water in wood products was replaced by treatment chemicals in a pressurized treatment cylinder or "retort."

56.     The wastewater created or generated by Defendants was contaminated with toxic or hazardous chemicals from the treatment chemicals.

57.     The Defendants further operated or maintained water evaporation and containment areas, or lagoons.

58.    The Defendants PACTIV and L-P engaged in the air disposal of toxic waste water by maintaining a spray field of spray nozzles which sprayed toxic waste water into the air over disposal lagoons.

59.    Defendants illegally burned toxic and hazardous wastes from their lagoons and waste disposal pits.

60.    Beginning November 1983, Louisiana-Pacific Corporation (herein referred to as "L-P") began ownership and operation of the subject wood treatment facility.

61.    L-P continued operating the facility with the same local management in the same manner as PACTIV.

62.    Within a year after L-P began operation of the facility they began using another wood treatment chemical, which contained copper, arsenic and chromium (CCA).

63.    In addition to the toxic waste that it created, L-P assumed responsibility to dispose of toxic or hazardous waste left at the facility by PACTIV.

64.    The Secretary of Health and Human Services and the United States Environmental Protection Agency lists arsenic as a known human carcinogen.

65.    Arsenic is known to cause cancer in humans.

66.    During its term of operation, the Defendant PACTIV sprayed toxic waste into the air.

67.     During its term of operation, the Defendant PACTIV placed toxic wastes in its boiler and engaged in the burning of toxic waste.

68.     During the term of its operation, L-P sprayed toxic wastewater into the air.

69.     During the term of its operation L-P placed toxic wastes in its boiler and engaged in the burning of toxic waste.

70.     The Defendant PACTIV further burned toxic sludge from their toxic waste containment lagoon by putting it in the boilers.

71.     The Defendant L-P further burned toxic sludge from their toxic waste containment lagoon by putting it in the boilers.

72.     Defendants engaged in the burning of hazardous wastes, which were contaminated with known human carcinogens or with probable human carcinogens and toxic waste.

73.     The Defendants also used sawdust to filter and contain hazardous wastes from the wood treatment solutions and their wastewater.

74.     The sawdust used by Defendants was, at times, contaminated with creosote.

75.     The sawdust used by Defendants was, at times, contaminated with pentachlorophenol.

76. The sawdust used by Defendants was, at times, contaminated with dioxin/furan compounds.

77. The sawdust used by Defendants was, at times, contaminated with PAH's.

78. The sawdust used for containment by L-P was further contaminated with arsenic.

79. The sawdust filter material used to filter wastes by Defendants was burned in the operation boilers.

80. Defendants engaged in the nocturnal and weekend discharge and/or burning of toxic and hazardous wastes.

81. Weekend or nocturnal burning was less likely to be detected by regulators or noticed by the community.

82. Defendants sprayed toxic waste into the air, which was contaminated with known human carcinogens or probable human carcinogens.

83. Certain chemicals of concern were utilized, discharged, disposed, emitted, or otherwise released into the local environment by Defendants at the wood preserving facility.

84. The groups of chemicals utilized, discharged, disposed, or otherwise released by Defendants included, but are not limited to, coal-tar creosote, pentachlorophenol, cooling tower corrosion inhibitors, metals, arsenic, furans and

dioxins, as well as particulates containing metallic ions and poly-cyclic aromatic hydrocarbons (PAHs).

85.     The physical forms of these chemicals to which Plaintiff was exposed include off-site migration of wood preservative liquids, waste liquids resulting from wood treatment processes at the facility, off-site migration of particulates, off-site migrations of vapors and gases of chemicals of concern at elevated temperatures, off-site migration of products and by-products of combustion resulting from on-site fires and burning operations and the off-site migration of aerosol droplets containing dissolved concentration of the above referenced chemicals of concern from a variety of on-site process operations.

86.     The Defendant PACTIV released or caused to be released toxic or hazardous chemicals into the adjacent streams or ditches and thus discharged hazardous toxic chemicals.

87.     The Defendant L-P caused or allowed the discharge of hazardous chemicals and toxic waste by discharge into adjacent streams or ditches.

88.     Groundwater at the facility has been contaminated by toxic and hazardous wastes.

89.     Groundwater at the facility, which is contaminated by toxic and hazardous wastes, has migrated off-site.

90. The Defendants released toxic chemicals into the local atmosphere as a result of wood treatment operations and by drips, spills, leaks, cooling tower discharges and accidents in their waste disposal practices.

91. The Defendants engaged in the discharge of toxic waste fluids.

92. The Defendants allowed the discharge of toxic chemical vapors, particulates and aerosols into the air.

93. The day-to-day operations of Defendants' wood treatment process resulted in the discharge of toxic waste, hazardous substances and known or probable human carcinogens.

94. Defendants used toxic wastes to make roadways on the facility and scattered it about.

95. Waste ashes from the facility boilers contained substances listed by EPA as human carcinogens or probable human carcinogens or likely human carcinogens.

96. Ashes from the boilers were dumped on the facility property.

97. Toxic chemicals and toxic boiler ashes spread over the facility and contributed to toxic dust, which was subject to wind transportation.

98. PACTIV did not adequately train their employees, management or personnel and did not inform their management, employees or personnel of the dangers associated with the chemicals used in their wood treatment facility or operation.

99.     L-P did not adequately train their employees, management or personnel and did not inform their management, employees or personnel of the dangers associated with the chemicals used in their wood treatment facility or operation.

100.    Defendant PACTIV was aware of the hazardous nature of pentachlorophenol, creosote and the chemical constituents contained therein.

101.    Defendant L-P was aware of the hazardous nature of pentachlorophenol, creosote, CCA and the chemical constituents contained therein.

102.    Both PACTIV and L-P were aware of the hazardous nature of the air emissions as well as the hazardous nature of the waste that was being disposed into ditches and creeks.

103.    Both PACTIV and L-P were aware of the hazardous nature of the air emissions as well as the hazardous nature of the boiler ash that was being disposed into ditches and creeks.

104.    The Defendant PACTIV sold scrap wood, which contained wood treatment chemicals for use as firewood in neighboring homes.

105.    The Defendant L-P sold scrap wood, which contained wood treatment chemicals for use as firewood in neighboring homes.

106.    Pentachlorophenol, creosote, pentachlorophenol constituents, creosote constituents, CCA, CCA constituents, pentachlorophenol, creosote, benzene, PAHs and dioxin/furans and pesticides used as wood treatment chemicals have been

identified as causing serious and permanent health problems, including, but not limited to, various types of cancer, lung cancer, breast cancer, bone cancer, kidney cancer, liver cancer, Scleroderma, leukemia, sarcoidosis, gastrointestinal problems, hematological problems, neurological problems, lupus, kidney problems, female reproductive organ disease, reproductive problems, eye disease, skin disease, respiratory disease, sinus problems, coughing, miscarriages, premature births and birth defects.

107.   At all times pertinent hereto, Defendants knew or should have known that the treatment process at the subject wood treatment facility utilized materials which had been identified as hazardous or toxic chemicals and that they presented a danger to human health.

108.   Defendants were aware of the health risks to nearby residents associated with operation of their wood treatment plant and the toxic chemicals released there from.

109.   In spite of Defendants' knowledge that much of the surrounding neighborhood would be affected by release of toxic chemicals, no information was ever disseminated to the Plaintiffs or to the public.

110.   The Defendants made no effort to warn the Plaintiffs or surrounding neighborhoods or public of the nature of the disease or cancer causing emissions from their facility.

111.  The toxic chemicals emitted by Defendants were persistent when deposited in Plaintiffs' homes and environment so that Plaintiffs continued to be exposed to them even after the time of emission.

112.  Subsequent to 1997, the Defendants have both exercised control of the facility and have both assumed responsibility for environmental remediation of the site.

113.  Plaintiffs aver the toxic chemicals continue to migrate off site and continue to contaminate Plaintiffs' person and property.

114.  There were instances when PACTIV did not comply with Alabama Department of Environmental Management (ADEM) regulations at the Lockhart wood treatment facility.

115.  There were instances when PACTIV did not comply with United States Environmental Protection Agency regulations at the Lockhart wood treatment facility.

116   There instances when L-P did not comply with Alabama Department of Environmental Management (ADEM) regulations at the Lockhart wood treatment facility.

117.  There were times when L-P did not comply with United States Environmental Protection Agency regulations at the Lockhart wood treatment facility.

118.  At all times pertinent hereto, the Defendants PACTIV and L-P by through their agents, servants, employees, or officers operated the wood treatment

plant in such a manner as to cause the release of arsenic, pentachlorophenol, dioxin/furans, creosote and their constituents which contained hazardous substances and toxic chemicals.

119. The fact that Plaintiffs were present at homes in various locations in the Florala/Lockhart area caused them to be exposed to toxic chemicals and/or hazardous substances or known or probable human carcinogens which were released or produced at Defendants' wood treatment facility in Lockhart, Alabama.

120. Plaintiffs allege that the exposure to the toxic or hazardous waste originating from the Defendants' wood treatment facility proximately caused Plaintiffs to suffer physical and emotional injuries and damages, including pain and suffering, loss of wages, medical expenses, future medical expenses and severe and disabling life threatening injuries which have caused the Plaintiffs to suffer loss of enjoyment of their life and which will probably contribute to their death.

121. Plaintiffs' homes and property was contaminated by the hazardous substances, which Defendants caused or allowed to be deposited in and upon Plaintiffs' homes and real property (for those Plaintiffs who are property owners). As a result, remediation and removal of the hazardous substances is required and Plaintiffs' property has been caused to decrease in value.

122. Plaintiffs suffered from a disease that is latent and which does not manifest itself until after a lengthy period of time after initial exposure.

123.  Plaintiffs did not know and reasonably had no knowledge or way of ascertaining that their disease was caused by toxic chemicals originating from Defendants' wood treatment facility until a time period within two years of the date of the filing of this complaint.

124.  Plaintiffs further allege that the Defendants have entered into a tolling agreement and have agreed not to assert the statute of limitations based upon a computation of time which includes any time that accrued during the time defined by the parties' tolling agreement.

125.  During the period of time that Defendants operated or controlled the subject facility, Defendants created, stored or disposed of toxic chemicals or hazardous substances or chemicals which were regulated by state and federal law.

126.  Defendants were required by law to maintain written records of their disposal of toxic and hazardous chemicals.

127.  Defendants were required by law to maintain written records of their airborne emissions of toxic and hazardous chemicals.

128.  Defendants were required by law to notify surrounding communities about the release and other waste management activities that could result in personal and property exposure to their hazardous substances.

129.  The Plaintiffs aver that the Defendants had a duty to make and maintain written records of toxic and hazardous chemical emissions.

130. ·Plaintiffs aver that the Defendants had a duty under the law to keep records of all toxic and hazardous chemicals, which they stored on their premises.

131. Plaintiffs aver that Defendants were required by law to keep written records of any hazardous waste, which they disposed of either on-site or off-site.

132. In October 2004, Defendant L-P had actual knowledge of the pending or potential litigation, which would be filed against them by Plaintiffs.

133. Upon information and belief, Plaintiffs aver that with knowledge of claims that would become litigation, Louisiana-Pacific Corporation destroyed or disposed of material evidence and documents.

134. Plaintiffs are entitled to benefit of the substantive law of the State of Alabama, including an inference of Defendants' guilt, culpability or awareness of their liability because of spoliation of evidence.

135. Plaintiffs have exhausted all efforts, including administrative remedies, to redress their damages and cause Defendants to remediate the facility, surrounding area, groundwater and Plaintiffs' homes.

136. The Plaintiffs assert that they would obtain real and substantial benefit if the Court ordered Defendants to remediate and properly remove toxic chemicals from the subject facility, surround area, groundwater and Plaintiffs' homes.

137. Plaintiffs are further entitled to injunctive and equitable relief, including costs of this action and attorneys' fees.

## COUNT ONE

### NEGLIGENCE

138.   Defendants had a duty to Plaintiffs since the commencement of their operation and continuing to the date of this lawsuit.

139.   Plaintiffs were foreseeable victims of the dissemination of toxic fumes and toxic waste into the air, soil and water, which evaded the properties, homes and community in which Plaintiffs lived for years.

140.   The Defendants, their officers, directors, agents and employees knew or should have known with the exercise of reasonable care that their operations emitted toxic and hazardous substances and particulates, or with the exercise of reasonable care should have known that the emissions would injure the health of the persons or public who lived near the Defendants' facility, including the Plaintiffs.

141.   At all times pertinent to this lawsuit, the Defendants failed to use due care to avoid injuring the Plaintiffs.

142.   The contamination of air surrounding Defendants' facility could have been eliminated or substantially reduced by the exercise of reasonable care and timely installation of effective treatment facility air pollution control devices and other state of the art methods.

143.   The Defendants negligent acts or omissions proximately caused Plaintiffs to suffer physical and emotional injuries and damages, including pain and suffering,

loss of wages, medical expenses, future medical expenses and severe and disabling life threatening injuries which have caused the Plaintiffs to suffer loss of enjoyment of their life and which will probably result in their death.

144. As a direct and proximate consequence of the negligent acts and omissions of the Defendants, their agents, employees and representatives, Plaintiffs suffered physical and emotional injuries and damages, including pain and suffering, loss of wages, medical expenses, future medical expenses and severe and disabling life threatening injuries which have caused the Plaintiffs to suffer loss of enjoyment of their life and which will probably result in their death.

## COUNT TWO

### RECKLESSNESS

145. The failure of Defendants, their officers, agents and employees to prevent the contamination of air or soil or water in the Florala/Lockhart area was wanton and exhibited a reckless disregard for the lives and health of the Plaintiffs and persons in surrounding neighborhoods.

146. As a direct and proximate result of gross negligence and wanton acts of the Defendants Plaintiffs suffered physical and emotional injuries and damages, including pain and suffering, loss of wages, medical expenses, future medical expenses and severe and disabling life threatening injuries which have caused the Plaintiffs to suffer loss of enjoyment of life and will probably result in their death.

147.    The Defendants' gross negligence, reckless and wanton acts and their reckless disregard for the safety of the Plaintiffs and the public surrounding their facility entitles the Plaintiffs to punitive damages in order to punish Defendants, to deter Defendants from such conduct in the future and to deter others from engaging in such irresponsible activity.

### COUNT THREE

Negligence Per Se

148.    Defendants violated the standards provided by Code of Alabama 22-27-3(e) by burning hazardous wastes without using an approved incinerator meeting temperature requirements and air pollution controls.

149.    Defendants also violated the provisions of the Alabama Hazardous Wastes Management Act (Code of Alabama 22-30-1 thru 24) by disposing of hazardous waste without a permit or in a manner that their permit did not allow.

150.    Defendants violated the provisions of the Alabama Air Pollution Control Act of 1971 (Code of Alabama 22-28-1 thru 23) by violation of the Rules and Regulations of the Alabama Department of Environmental Management and by disconnecting air pollution control devices installed on company wood fired boilers.

151.    The Defendants violated the Alabama Environmental Management Act (Code of Alabama 22-22A-1 thru 6), the Alabama Solid Waste Disposal Act (Code of Alabama 22-27-1 thru 49) and the Alabama Hazardous Waste Management Act (Code of Alabama 22-30-1 thru 24) by burning hazardous waste without a permit, creating a

hazardous substance ash dump, by disconnection of temperature and/or pollution control devices and by violating the rules and regulations of the State of Alabama, including the Alabama Department of Environmental Management Administration Code, by:

    a.    a violation of Regulation 335-3-3-.05(19)(c) when Defendants failed to meet continuous compliance requirements by burning a different type of waste other than the type waste used to establish boiler operating limits, or

    b.    a violation of regulation 335-3-14-.01(1)(b) by operating equipment which issued air contaminates without a permit or in violation of permit, or

    c.    a violation of 335-3-4-.02(1) and (2) by allowing hazardous materials which Defendants handled, stored or used to become airborne or migrate off site, or

    d.    a violation of 335-14-7-.08 by burning hazardous waste in a wood fired boiler or by operating a boiler without an automatic feed cut-off functioning, or

    e.    a violation of 335-14-X by failing to properly train personnel who stored, used or disposed of hazardous wastes, or

f.     a violation of 335-14-5 by disposing of hazardous wastes without permit or in violation of permit requirements, or

g.     a violation of 335-14-7-.08 subpart H for use of an industrial boiler to dispose of hazardous wastes in a manner not allowed or exempted, or

h.     a violation of federal rules and regulations adopted by the State of Alabama.

152.   Defendants violated the requirements and standards of the laws of the United States, including the Resource Conservation and Recovery Act, the Clean Air Act, the Clean Water Act, the Solid Waste Disposal Act and the Comprehensive Environmental Response Compensation and Liability Act, and the emergency Planning Community Right to Know Act, to the extent these laws and regulations were incorporated by reference into the state laws of Alabama.

153.   In particular, the Defendants violated the standards, rules and regulations of the United States Environmental Protection Agency, which were promulgated pursuant to the above-described public laws.

154.   The Defendants violated the following regulations:

a.     40 C.F.R. 266.102 by operating an individual boiler in a manner that was not in accordance with permit requirements, or

b.     40 C.F.R. 264.344 by operating a hazardous waste incinerator without permit and which would not have complied with permit requirements, or

c.    40 C.F.R. 61.05 by operating a source of hazardous pollutants without permit and in violation of any permit requirements.

155.    Plaintiffs aver that Defendants' violations of the laws and regulations of the State of Alabama, the regulations of the State of Alabama which incorporate federal standards, and the regulations of the United States Environmental Protection Agency constitute a violation of a duty intended to prevent harm to persons similar to Plaintiffs and that the Defendants' violations are evidence of a breach of duty to Plaintiffs.

156.    As a proximate consequence of the aforestated negligence per se, Plaintiffs suffered physical and emotional injuries and damages, including pain and suffering, loss of wages, medical expenses, future medical expenses and severe and disabling life threatening injuries which have caused the Plaintiffs to suffer loss of enjoyment of their life and will probably result in their death.

## COUNT FOUR
### INTENTIONAL TORT

157.    Defendants knowingly and intentionally failed to investigate fully and prevent sources of their off-site air contamination and failed to make any efforts to remediate the same so that injury to the Plaintiffs and other persons was certain or substantially certain.

158.   The Defendants' acts manifest an extreme indifference to human life and created a risk of death or severe disease in persons exposed to the hazardous and toxic wastes of Defendants.

159.   Defendants intentionally released toxic and hazardous chemicals into the air in violation of law.

160.   Plaintiffs were foreseeable victims of Defendants' wrongful acts.

161.   As a direct and proximate consequence of the knowing and intentional acts of Defendants and their agents, servants, employees, or representatives, Plaintiffs suffered physical and emotional injuries and damages, including pain and suffering, loss of wages, medical expenses, future medical expenses and severe and disabling life threatening injuries which have caused the Plaintiffs to suffer loss of enjoyment of their life and will probably result in their death.

162.   Plaintiffs further allege that the Defendants were aware that the volume of wood treatment and production at the Florala/Lockhart wood treatment facility exceeded the facilities ability to treat and contain toxic wastes.  Defendants refused to install and maintain effective pollution control devices because they knew that they would soon cease operations at the facility due to the fact that their lumber operations and the cutting of trees consumed the areas ability to produce merchantable timber.

163.   Defendants did not use proper pollution control devices and disposed of toxic chemicals by burning in order to increase their profits.

164.   The Defendants' knowing and intentional acts in violation of the laws of the State of Alabama entitle the Plaintiffs to receive punitive damages in order to punish Defendants, to deter the Defendants from such conduct in the future and deter others from engaging in such irresponsible activity.

## COUNT FIVE

### NEGLIGENT FAILURE TO TRAIN AND SUPERVISE

165.   Defendants negligently failed to properly train their employees concerning the hazards of the toxic substances, which were used, stored or disposed of at the facility.

166.   Defendants negligently failed to properly train their employees on methods of safe handling of the toxic substances used, stored or disposed of at the facility.

167.   Defendants negligently made a decision to burn harmful toxic chemicals and hazardous waste in a boiler that was neither designed nor intended to incinerate toxic chemicals. Defendants further carried out the aforesaid negligent decision by negligent day-to-day activities and the burning of hazardous substances in an illegal or improper manner.

168.   As a proximate consequence of the Defendants' aforestated negligence, the Plaintiffs were caused to suffer injuries and damages.

## COUNT SIX

### PRODUCTS LIABILITY

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs demand judgment against Defendants for both compensatory and punitive damages to be determined by the trier of fact and costs.

Plaintiffs further pray for equitable and injunctive relief. Plaintiffs, who are property owners, pray that this Court will issue an order requiring Defendants remove all hazardous substances, which they have caused to be placed on Plaintiffs' property.

Plaintiffs further demand judgment for attorney fees, interest and costs.


W. Eason Mitchell (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com


Gregory A. Cade (CAD010)
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL 35222
Telephone: 205-328-9200
Facsimile: 205-328-9206
gregcade@elglaw.com

FILED IN OFFICE

AUG 3 2006

CLERK

PLAINTIFFS DEMAND A TRIAL BY STRUCK JURY

_____

OF COUNSEL

Please serve Defendants at:

PACTIV Corporation
?  John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, Illinois 60606

Louisiana-Pacific Corporation
?  Bernard Taylor
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

FILED IN OFFICE

AUG 3 2006

CLERK